# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

JAMES MCMANUS ON BEHALF OF 1932
MCGRAW AVENUE, LLC, 47 POPLAR
OWNERS LLC, and JAMES MCMANUS,
Individually,

                          Plaintiffs,

          -against-

JOHN C. LETTERA, STEVE WISSAK, PAT
MARUGGI, BRIAN T. WALTER, ANTHONY
C. BALBO, FAIRBRIDGE MORTGAGE LLC
D/B/A FAIRBRIDGE CREDIT LLC,
FAIRBRIDGE ASSET MANAGEMENT LLC,
FAIRBRIDGE STRATEGIC CAPITAL LLC,
REALFI PRIVATE LENDING LLC, REALFI
CAPITAL FUNDING LLC, REALFI
NATIONAL LAND SERVICES LLC, REALFI
REAL ESTATE INVESTMENT TRUST LLC,
FB POPLAR LLC, and FB CHURCHILL
FACILITY LLC,

                          Defendants.

------------------------------------------------------------ x

Civil Action No. 1:25-cv-10573

Hon. Arun Subramanian

**STIPULATION AND [PROPOSED] ORDER SETTING A BRIEFING
SCHEDULE IN CONNECTION WITH DEFENDANTS' IMPENDING
MOTION TO DISMISS THE AMENDED COMPLAINT**

**WHEREAS,** on December 19, 2025, Plaintiffs filed two similar Verified

Complaints (jointly, the "***Original Complaints***"; individually, an "***Original Complaint***"), one in

the above-captioned lawsuit (the "***Federal Lawsuit***"; ECF No. 1) and one in a lawsuit captioned

*James McManus, et al. v. John C. Lettera, et al.*, Index No.: 826379/2025E (Sup. Ct. Bronx. Co.

2025) (the "***State Court Lawsuit***"; NYSCEF Doc. No. 1); and

1

**WHEREAS**, on January 20, 2026, this Court issued an Order (ECF No. 19) granting defendants' January 20, 2026 letter motion (ECF No. 16) requesting an extension to February 18, 2026 of defendants' deadline by which to respond to the Original Complaint filed in the Federal Lawsuit, to which extension plaintiffs' counsel subsequently consented by letter dated January 20, 2026 (ECF No. 18); and

**WHEREAS**, on February 17, 2026, plaintiffs filed two similar Verified Amended Complaints (jointly, the "***Amended Complaints***" individually, an "***Amended Complaint***"), one in the State Court Lawsuit (NYSCEF Doc. No. 14) and one in this Federal Lawsuit (ECF No. 24), which (a) increased the Original Complaints from approximately 5,000 words to 8,000 words; (b) named four additional defendants, bringing the total number of parties to 17; (c) asserted four new labeled causes of action, some of which combined multiple claims, increasing to 18 the total number of alleged claims (including two RICO claims); and (d) added three exhibits; and

**WHEREAS**, the parties agreed to stay the State Court Lawsuit in its entirety pending final disposition of this Federal Lawsuit (NYSCEF Doc. No. 25); and

**WHEREAS**, pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, the current deadline by which defendants must respond to the Amended Complaint in the Federal Lawsuit is March 4, 2026; and

**WHEREAS,** defendants intend to respond to the Amended Complaint by filing a motion to dismiss the Amended Complaint (the "***Dismissal Motion***"); and

**WHEREAS**, concurrent with the filing of this Stipulation, defendants shall submit a letter motion (a) seeking entry of this Stipulation, which shall be attached to said letter

4900-8072-3856, v. 4

motion and (b) to the extent defendants elect to do so separately on their own behalf, requesting that the Court enlarge the applicable word-count limitation for memoranda of law in connection with the Dismissal Motion (plaintiffs' counsel does not consent to said request).

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by, between and among the parties, subject to the Court's approval, as follows:

1.    Defendants shall file their Dismissal Motion by **March 18, 2026**.

2.    Plaintiffs shall file an opposition to the Dismissal Motion, if any, by **April 20, 2026**.

3.    Defendants shall file a reply, if any, in further support of their Dismissal Motion by **May 11, 2026**.

4.    By entering into this Stipulation, none of the parties intends to waive, or shall be deemed to have waived, any rights, remedies, claims, defenses, arguments or positions whatsoever in this Federal Lawsuit or in the State Court Lawsuit.

5.    This Stipulation may be executed in counterparts and electronic or electronically-transmitted signatures shall be deemed to be original signatures that bind the parties to the terms of this Stipulation.

3

**Dated:  February 26, 2026**

<div style="margin-left:45%">

**LAW OFFICES OF ANDREW C. LAUFER,**
  **PLLC**

**By:** */s/ Andrew C. Laufer*
　　**Andrew C. Laufer (*alaufer@lauferlawgroup.com*)**
**264 West 40th Street, Room 604**
**New York, New York 10018**
**Tel.: (212) 422-1020**

*Attorneys for Plaintiffs*


**MELTZER, LIPPE, GOLDSTEIN &**
  **BREITSTONE, LLP**

**By:** */s/ Robert A. Alessi*
　　**Robert A. Alessi (*ralessi@meltzerlippe.com*)**
　　**Matthew R. Ross (*mross@meltzerlippe.com*)**
　　**Preston S. Scherr (*pscherr@meltzerlippe.com*)**
**190 Willis Avenue**
**Mineola, New York 11501**
**Tel.: (516) 747-0300**

*Attorneys for Defendants*

</div>

**SO ORDERED THIS ___ DAY**
**OF FEBRUARY, 2026:**

_____
**ARUN SUBRAMANIAN, U.S.D.J.**

4

4900-8072-3856, v. 4