UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

JAMES McMANUS on behalf of 1932 McGRAW
AVENUE, LLC, 47 POPLAR OWNERS LLC, and
and JAMES McMANUS, individually,

                                          Plaintiff,          Case No.: 25-10573

—against—
                                                              **RIDER FOR**
JOHN C. LETTERA, STEVE WISSAK,                                **REQUEST FOR**
PAT MARUGGI, BRIAN T. WALTER,                                 **ISSUANCE OF**
ANTHONY C. BALBO,                                             **SUMMONS**
FAIRBRIDGE MORTGAGE LLC d/b/a/
FAIRBRIDGE CREDIT LLC,
FAIRBRIDGE ASSET MANAGEMENT LLC,
FAIRBRIDGE STRATEGIC CAPITAL LLC,
REALFI PRIVATE LENDING LLC,
REALFI CAPITAL FUNDING LLC,
REALFI NATIONAL LAND SERVICES LLC
REALFI REAL ESTATE INVESTMENT TRUST LLC
FB POPLAR LLC, and FB CHURCHILL FACILITY LLC

                                          Defendants.
----------------------------------------------------------------X

**DEFENDANTS' ADDRESSES:**

REALFI NATIONAL LAND SERVICES LLC
395 North Service Rd, #S-302
Melville, NY 11747

REALFI REAL ESTATE INVESTMENT TRUST LLC
707 Westchester Avenue, Suite 305A
White Plains, NY 10462

FB POPLAR LLC
330 Post Road Suite 230
Darien, CT 06820

FB CHURCHILL FACILITY LLC
1201 Orange St, STE 600,
One Commerce Center
Wilmington, DE 19801