UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JAMES McMANUS on behalf of 1932 McGRAW
AVENUE, LLC, 47 POPLAR OWNERS LLC, and
and JAMES McMANUS, individually,

Case No. 25-10573

                                                        Plaintiff,

—against—

JOHN C. LETTERA, STEVE WISSAK,
PAT MARUGGI, BRIAN T. WALTER,
ANTHONY C. BALBO,
FAIRBRIDGE MORTGAGE LLC d/b/a/
FAIRBRIDGE CREDIT LLC,
FAIRBRIDGE ASSET MANAGEMENT LLC,
FAIRBRIDGE STRATEGIC CAPITAL LLC,
REALFI PRIVATE LENDING LLC,
REALFI CAPITAL FUNDING LLC,
REALFI NATIONAL LAND SERVICES LLC
REALFI REAL ESTATE INVESTMENT TRUST LLC
FB POPLAR LLC, and FB CHURCHILL FACILITY LLC

**RIDER FOR REQUEST
FOR ISSUANCE OF
AMENDED SUMMONS**

                                                        Defendants.
-----------------------------------------------------------------------X


**DEFENDANTS' ADDRESSES:**

JOHN C. LETTERA
12 Silvermine Rd,
New Canaan, CT 06840

STEVE WISSAK
10 Westview
Purchase, NY 10577

PAT MARUGGI
4109 Ridgecrest Dr,
Wappingers Falls, NY 12590

BRIAN T. WALTER
377 Greens Farms Rd,
Westport, CT 06880

ANTHONY C. BALBO

1 Country Ridge Dr,
Rye Brook, NY 10573


FAIRBRIDGE MORTGAGE LLC
d/b/a FAIRBRIDGE CREDIT LLC
330 Boston Post Rd Suite 230,
Darien, CT 06820

FAIRBRIDGE ASSET MANAGEMENT LLC
707 Westchester Ave., Ste 304,
White Plains, NY 10604

REALFI PRIVATE LENDING LLC
707 Westchester Ave, Suite 305,
White Plains, NY 10604

REALFI CAPITAL FUNDING LLC
707 Westchester Ave, Suite 305,
White Plains, NY 10604