AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| JAMES McMANUS on behalf of 1932 McGRAW AVENUE, LLC, 47 POPLAR OWNERS LLC, and and JAMES McMANUS, individually, <br><br> *Plaintiff(s)* <br><br> v. <br><br> JOHN C. LETTERA, STEVE WISSAK, PAT MARUGGI, BRIAN T. WALTER, ANTHONY C. BALBO, FAIRBRIDGE MORTGAGE LLC, et. al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  25-10573 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    LAW OFFICE OF ANDREW C. LAUFER, PLLC
264 W. 40th Street, Suite 604
New York, NY 10018
212-422-1020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    3/3/2026

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————————
JAMES McMANUS on behalf of 1932 McGRAW
AVENUE, LLC, 47 POPLAR OWNERS LLC, and
and JAMES McMANUS, individually,

                          Plaintiff,

—against—

JOHN C. LETTERA, STEVE WISSAK,
PAT MARUGGI, BRIAN T. WALTER,
ANTHONY C. BALBO,
FAIRBRIDGE MORTGAGE LLC d/b/a/
FAIRBRIDGE CREDIT LLC,
FAIRBRIDGE ASSET MANAGEMENT LLC,
FAIRBRIDGE STRATEGIC CAPITAL LLC,
REALFI PRIVATE LENDING LLC,
REALFI CAPITAL FUNDING LLC,
REALFI NATIONAL LAND SERVICES LLC
REALFI REAL ESTATE INVESTMENT TRUST LLC
FB POPLAR LLC, and FB CHURCHILL FACILITY LLC

                          Defendants.
-----------------------------------------------------------------X

Case No.: 25-10573

**RIDER FOR
REQUEST FOR
ISSUANCE OF
SUMMONS**

**DEFENDANTS' ADDRESSES:**

REALFI NATIONAL LAND SERVICES LLC
395 North Service Rd, #S-302
Melville, NY 11747

REALFI REAL ESTATE INVESTMENT TRUST LLC
707 Westchester Avenue, Suite 305A
White Plains, NY 10462

FB POPLAR LLC
330 Post Road Suite 230
Darien, CT 06820

FB CHURCHILL FACILITY LLC
1201 Orange St, STE 600,
One Commerce Center
Wilmington, DE 19801