AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| JAMES McMANUS on behalf of 1932 McGRAW AVENUE, LLC, 47 POPLAR OWNERS LLC, and and JAMES McMANUS, individually, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 25-10573 |
| JOHN C. LETTERA, STEVE WISSAK, PAT MARUGGI, BRIAN T. WALTER, ANTHONY C. BALBO, FAIRBRIDGE MORTGAGE LLC, et. al., | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     LAW OFFICE OF ANDREW C. LAUFER, PLLC
264 W. 40th Street, Suite 604
New York, NY 10018
212-422-1020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   3/3/2026                                             /s/ J. Gonzalez
                                                                    *Signature of Clerk or Deputy Clerk*

*Tammi M. Hellwig*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JAMES McMANUS on behalf of 1932 McGRAW
AVENUE, LLC, 47 POPLAR OWNERS LLC, and
and JAMES McMANUS, individually,

Case No. 25-10573

                                          Plaintiff,

—against—

**RIDER FOR REQUEST
FOR ISSUANCE OF
AMENDED SUMMONS**

JOHN C. LETTERA, STEVE WISSAK,
PAT MARUGGI, BRIAN T. WALTER,
ANTHONY C. BALBO,
FAIRBRIDGE MORTGAGE LLC d/b/a/
FAIRBRIDGE CREDIT LLC,
FAIRBRIDGE ASSET MANAGEMENT LLC,
FAIRBRIDGE STRATEGIC CAPITAL LLC,
REALFI PRIVATE LENDING LLC,
REALFI CAPITAL FUNDING LLC,
REALFI NATIONAL LAND SERVICES LLC
REALFI REAL ESTATE INVESTMENT TRUST LLC
FB POPLAR LLC, and FB CHURCHILL FACILITY LLC

                                    Defendants.
------------------------------------------------------------------------X

**DEFENDANTS' ADDRESSES:**

JOHN C. LETTERA
12 Silvermine Rd,
New Canaan, CT 06840

STEVE WISSAK
10 Westview
Purchase, NY 10577

PAT MARUGGI
4109 Ridgecrest Dr,
Wappingers Falls, NY 12590

BRIAN T. WALTER
377 Greens Farms Rd,
Westport, CT 06880

ANTHONY C. BALBO

1 Country Ridge Dr,
Rye Brook, NY 10573


FAIRBRIDGE MORTGAGE LLC
d/b/a FAIRBRIDGE CREDIT LLC
330 Boston Post Rd Suite 230,
Darien, CT 06820

FAIRBRIDGE ASSET MANAGEMENT LLC
707 Westchester Ave., Ste 304,
White Plains, NY 10604

REALFI PRIVATE LENDING LLC
707 Westchester Ave, Suite 305,
White Plains, NY 10604

REALFI CAPITAL FUNDING LLC
707 Westchester Ave, Suite 305,
White Plains, NY 10604