UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

JAMES MCMANUS ON BEHALF OF 1932 : 
MCGRAW AVENUE, LLC, 47 POPLAR :
OWNERS LLC, and JAMES MCMANUS, :
Individually, :
:
                            **Plaintiffs,** :
                                                :   Case No. 1:25-cv-10573
      **-against-** :
:
                                                  :   Hon. Arun Subramanian
JOHN C. LETTERA, STEVE WISSAK, PAT :
MARUGGI, BRIAN T. WALTER, ANTHONY :
C. BALBO, FAIRBRIDGE MORTGAGE LLC :
D/B/A FAIRBRIDGE CREDIT LLC, :
FAIRBRIDGE ASSET MANAGEMENT LLC, :
FAIRBRIDGE STRATEGIC CAPITAL LLC, :
REALFI PRIVATE LENDING LLC, REALFI :
CAPITAL FUNDING LLC, REALFI :
NATIONAL LAND SERVICES LLC, REALFI :
REAL ESTATE INVESTMENT TRUST LLC, :
FB POPLAR LLC, and FB CHURCHILL :
FACILITY LLC, :
:
                          **Defendants.** :

---------------------------------------------------------------- x

### DEFENDANTS' NOTICE OF MOTION
### TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

      **PLEASE TAKE NOTICE** that, upon their accompanying Memorandum of Law,

dated March 18, 2026, the accompanying Affidavit of John C. Lettera, sworn to March 16, 2026,

including the exhibits annexed thereto, and all of the pleadings, other filings and prior

proceedings had herein, defendants will move this Court before the Honorable Arun

Subramanian, at the United States Courthouse, in Courtroom 15A, 500 Pearl Street, New York,

New York, on May 18, 2026, at 9:30 a.m. or as soon thereafter as counsel may be heard, pursuant

to Rules 8, 9(b), 10(c) and 12(b)(6) of the Federal Rules of Civil Procedure and Rule 201 of the Federal Rules of Evidence, for an Order dismissing the Amended Complaint with prejudice in its entirety (the "***Dismissal Motion***").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated March 2, 2026 (ECF No. 35), plaintiffs' papers in opposition to the Dismissal Motion, if any, must be served on or before April 20, 2026, and defendants' reply papers in further support of the Dismissal Motion, if any, shall be served on or before May 11, 2026.

**Dated: Mineola, New York**
      **March 18, 2026**

           **MELTZER, LIPPE, GOLDSTEIN &**
             **BREITSTONE, LLP**

           **By:**  */s/ Robert A. Alessi*            
             **Robert A. Alessi (*ralessi@meltzerlippe.com*)**
             **Matthew R. Ross (*mross@meltzerlippe.com*)**
             **Preston S. Scherr (*pscherr@meltzerlippe.com*)**
           **190 Willis Avenue**
           **Mineola, New York 11501**
           **Tel.: (516) 747-0300**

           ***Attorneys for Defendants***

2

## CERTIFICATE OF SERVICE

I hereby certify that, on March 18, 2026, I caused the foregoing *Defendants'*

*Notice of Motion To Dismiss Plaintiffs' Amended Complaint* to be electronically filed with the

Clerk of the Court for the United States District Court for the Southern District of New York via

the Court's ECF system.


/s/ *Matthew R. Ross*
**Matthew R. Ross**