**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

JAMES MCMANUS ON BEHALF OF 1932
MCGRAW AVENUE, LLC, 47 POPLAR
OWNERS LLC, AND JAMES MCMANUS,
individually,

                                  **Plaintiffs,**

                -against-

JOHN C. LETTERA, STEVE WISSAK, PAT
MARUGGI, BRIAN T. WALTER, ANTHONY
C. BALBO, FAIRBRIDGE MORTGAGE LLC
D/B/A FAIRBRIDGE CREDIT LLC,
FAIRBRIDGE ASSET MANAGEMENT LLC,
FAIRBRIDGE STRATEGIC CAPITAL LLC,
REALFI PRIVATE LENDING LLC, REALFI
CAPITAL FUNDING LLC, REALFI
NATIONAL LAND SERVICES LLC, REALFI
REAL ESTATE INVESTMENT TRUST LLC,
FB POPLAR LLC and FB CHURCHILL
FACILITY LLC,

                                **Defendants.**

---------------------------------------------------------------- x

Case No. 25-cv-10573

Hon. Arun Subramanian

**AFFIDAVIT OF JOHN C. LETTERA IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

STATE OF CONNECTICUT  )
                          : ss.:
COUNTY OF FAIRFIELD    )

      **JOHN C. LETTERA**, being duly sworn, deposes and says:

      1.     I am a principal of Fairbridge Asset Management LLC and its affiliated

entities and am a named defendant in the above-captioned action (the "*Lawsuit*").  I submit this

Affidavit upon personal knowledge in support of Defendants' motion to dismiss the Amended Complaint filed in the Lawsuit.

2.    Annexed hereto as **Exhibit 1** is a copy of a Pledge and Security Agreement, dated February 19, 2021, executed by David DeLucia and RealFi Real Estate Investment Trust LLC.

3.    Annexed hereto as **Exhibit 2** is a copy of a Pledge and Security Agreement, dated February 19, 2021, executed by Randylynn Rastello-McManus and RealFi Real Estate Investment Trust LLC.

4.    Annexed hereto as **Exhibit 3** is a copy of a Pledge and Security Agreement, dated February 19, 2021, executed by Eliezer Torres and RealFi Real Estate Investment Trust LLC.

5.    Annexed hereto as **Exhibit 4** is a Certification of Commercial Loan Waiver of Federal and State Truth-in-Lending Disclosures and Jury Trial and Representation by Attorney and OFAC Certification dated February 19, 2021, duly executed and sworn to under oath by David DeLucia, Randylynn Rastello-McManus, and James McManus.

6.    Annexed hereto as **Exhibit 5** is a copy of an attorney opinion letter, dated October 28, 2021, from Pat Longobucco, counsel for 1932 McGraw Avenue LLC, addressed to RealFi Real Estate Investment Trust LLC.

7.    Annexed hereto as **Exhibit 6** is a copy of a Building Mortgage and Security Agreement, dated October 28, 2021, between 1932 McGraw Avenue LLC, as Mortgagor, and RealFi Real Estate Investment Trust LLC, as Mortgagee.

2

8.    Annexed hereto as **Exhibit 7** is a copy of a Subordinate Mortgage and Security Agreement, dated October 28, 2021, between 1932 McGraw Avenue LLC, as Mortgagor, and RealFi Real Estate Investment Trust LLC, as Mortgagee.

9.    Annexed hereto as **Exhibit 8** is a copy of the Consolidated, Amended and Restated Mortgage and Security Agreement, dated October 28, 2021, between 1932 McGraw Avenue LLC, as Mortgagor, and RealFi Real Estate Investment Trust LLC, as Mortgagee.

10.    Annexed hereto as **Exhibit 9** is a copy of the Conditional Guaranty, dated October 28, 2021, between 1932 McGraw Avenue LLC and James McManus.

11.    Annexed hereto as **Exhibit 10** is a copy of the Guaranty of Completion, dated October 28, 2021, between 1932 McGraw Avenue LLC and James McManus.

12.    Annexed hereto as **Exhibit 11** is a copy of what I understand to be the First Amendment to the Limited Liability Company Agreement of 1932 McGraw Avenue LLC, dated October 28, 2021.

13.    Annexed hereto as **Exhibit 12** is a copy of what I understand to be the Operating Agreement For 47 Poplar Owners LLC, dated as of December, 2021.

14.    Annexed hereto as **Exhibit 13** is a copy of the State of Delaware Certificate of Amendment, dated March 21, 2022, reflecting the renaming of RealFi Real Estate Investment Trust LLC as Fairbridge Real Estate Investment Trust LLC.

3

15.    Annexed hereto as **Exhibit 14** is a Secured Promissory Note, dated June 3, 2022, in the amount of $500,000, between 1932 McGraw Avenue LLC, as Maker, and Fairbridge Real Estate Investment Trust LLC, as Payee.

16.    Annexed hereto as **Exhibit 15** is a copy of the General Assignment and Assumption, dated September 1, 2022, between Fairbridge Real Estate Investment Trust LLC, as Assignor, and Fairbridge Credit LLC, as Assignee.

17.    Annexed hereto as **Exhibit 16** is a copy of the Mortgage Extension and Modification Agreement, dated as of May 31, 2023 and effective as of April 28, 2023, among 1932 McGraw Avenue LLC, as Borrower; David DeLucia, James McManus and Randylynn Rastello-McManus, as Guarantors; and Fairbridge Credit LLC, as Lender.

18.    Annexed hereto as **Exhibit 17** is a copy of the Mortgage Extension and Modification Agreement, dated as of May 31, 2023 and effective as of April 28, 2023, among 1932 McGraw Avenue LLC, as Borrower; David DeLucia, James McManus and Randylynn Rastello-McManus, as Guarantors; and Fairbridge Credit LLC, as Lender.

19.    Annexed hereto as **Exhibit 18** is a copy of the Mortgage Extension and Modification Agreement, dated as of May 31, 2023 and effective as of April 28, 2023, among 1932 McGraw Avenue LLC, as Borrower; David DeLucia, James McManus, and Randylynn Rastello-McManus, as Guarantors; and Fairbridge Credit LLC, as Lender.

20.    Annexed hereto as **Exhibit 19** is a copy of the Mortgage Extension and Modification Agreement, dated as of May 31, 2023 and effective as of April 28, 2023, among

1932 McGraw Avenue LLC, as Borrower; David DeLucia, James McManus and Randylynn Rastello-McManus, as Guarantors; and Fairbridge Credit LLC, as Lender.

21. Annexed hereto as **Exhibit 20** is a copy of the Forbearance Agreement, dated as of October 18, 2023 and effective as of September 1, 2023, among Fairbridge Credit LLC, as Lender; 1932 McGraw Avenue, as Borrower; and David DeLucia, James McManus and Randylynn Rastello-McManus, as Guarantors.

22. Annexed hereto as **Exhibit 21** is a copy of what I understand to be the Exclusive Right to Sell, Exchange or Dispose Agreement, dated January 17, 2024, between 1932 McGraw Avenue LLC, as Owner, and Ariel Property Advisors LLC, as Listing Broker, concerning the premises located at 1932 McGraw Avenue, Bronx, New York.

23. Annexed hereto as **Exhibit 22** is a copy of the Notice of Default and Reservation of Rights, dated February 5, 2024, from Fairbridge Credit LLC, as Lender, to 1932 McGraw Avenue LLC, David DeLucia, James McManus and Randylynn Rastello-McManus.

24. Annexed hereto as **Exhibit 23** is a copy of the Second Mortgage Extension and Modification Agreement, made as of February 9, 2024, but made effective as of January 1, 2024, by and among 47 Poplar Owners LLC, as Borrower, Thomas Lee and James McManus, as Guarantors, and Fairbridge Credit LLC, as Lender, relating to a construction loan (bearing document number 00147265.5 in the footer).

25. Annexed hereto as **Exhibit 24** is a copy of the Second Mortgage Extension and Modification Agreement, made as of February 9, 2024, but made effective as of January 1, 2024, by and among 47 Poplar Owners LLC, as Borrower, Thomas Lee and James

McManus, as Guarantors, and Fairbridge Credit LLC, as Lender, relating to an acquisition loan (bearing document number 00147264.4 in the footer).

26.     Annexed hereto as **Exhibit 25** is a copy of the Master Repurchase Agreement and Securities Contract among Churchill MRA Funding I LLC, as Buyer, FB Churchill Facility LLC, as Seller, and Fairbridge Credit LLC, as Guarantor, dated April 5, 2024.

27.     Annexed hereto as **Exhibit 26** is a copy of the Second Notice of Default, dated June 5, 2024, from counsel for Fairbridge Credit LLC, as Lender, to 1932 McGraw Avenue LLC, David DeLucia, James McManus and Randylynn Rastello-McManus.

28.     Annexed hereto as **Exhibit 27** is a copy of the Notification of Disposition of Collateral Under Article 9 of the Uniform Commercial Code, dated September 9, 2024, from counsel for Fairbridge Credit LLC, as Lender, to 1932 McGraw Avenue LLC, David DeLucia, Randylynn Rastello-McManus, Eliezer Torres and James McManus.

29.     Annexed hereto as **Exhibit 28** is a copy of the Amended and Restated Construction Loan Agreement dated March 13, 2025, but effective as of February 21, 2025, between 47 Poplar Owners LLC, as borrower, and Fairbridge Credit LLC, as lender.

30.     Annexed hereto as **Exhibit 29** is a copy of the draft Loan Sale Agreement dated May 2025 between Fairbridge Credit LLC, as seller, and UpSide Consulting Group, LLC, as buyer.

31.     Annexed hereto as **Exhibit 30** is a copy of the Amended and Restated Third Notification of Disposition of Collateral Under Article 9 of the Uniform Commercial Code dated September 18, 2025, from counsel for Fairbridge Credit LLC, as Lender, to 1932 McGraw

Avenue LLC, David DeLucia, Randylynn Rastello-McManus, Eliezer Torres and James McManus.

32.    Annexed hereto as **Exhibit 31** is a copy of the Uniform Commercial Code Public Sale Notice, dated September 20-21, 2025, and published by the Wall Street Journal (as audited by the Advertising Checking Bureau, Inc. on September 26, 2025).

33.    Annexed hereto as **Exhibit 32** is copy of the Affidavit of Publication dated October 2, 2025, concerning the Uniform Commercial Code Public Sale Notice published in the Daily News on September 24, 2025 and October 1, 2025.

34.    Annexed hereto as **Exhibit 33** is a copy of the Certificate of Amendment of the Articles of Organization of 1932 McGraw Avenue LLC, which annexes the Certificate of Sale and Fact dated October 14, 2025, memorializing the purchase at a UCC foreclosure auction by Fairbridge Credit LLC of all of the membership interests in 1932 McGraw Avenue LLC.

JOHN C. LETTERA

**Sworn to before me this**
**16 day of March, 2026**

Notary Public

ALEXIS ANN DIGIROLAMO
Notary Public, State of Connecticut
My Commission Expires 2/29/2028

7

**EXHIBIT LIST**

| | |
|---|---|
| **Exhibit 1** | Pledge and Security Agreement, dated February 19, 2021, executed by David DeLucia and RealFi Real Estate Investment Trust LLC. |
| **Exhibit 2** | Pledge and Security Agreement, dated February 19, 2021, executed by Randylynn Rastello-McManus and RealFi Real Estate Investment Trust LLC. |
| **Exhibit 3** | Pledge and Security Agreement, dated February 19, 2021, executed by Eliezer Torres and RealFi Real Estate Investment Trust LLC. |
| **Exhibit 4** | Certification of Commercial Loan Waiver of Federal and State Truth-in-Lending Disclosures and Jury Trial and Representation by Attorney and OFAC Certification dated February 19, 2021, duly executed and sworn to under oath by David DeLucia, Randylynn Rastello-McManus, and James McManus. |
| **Exhibit 5** | Attorney opinion letter, dated October 28, 2021, from Pat Longobucco, counsel for 1932 McGraw Avenue LLC, addressed to RealFi Real Estate Investment Trust LLC. |
| **Exhibit 6** | Building Mortgage and Security Agreement, dated October 28, 2021, between 1932 McGraw Avenue LLC, as Mortgagor, and RealFi Real Estate Investment Trust LLC, as Mortgagee. |
| **Exhibit 7** | Subordinate Mortgage and Security Agreement, dated October 28, 2021 between 1932 McGraw Avenue LLC, as Mortgagor, and RealFi Real Estate Investment Trust LLC, as Mortgagee. |
| **Exhibit 8** | Consolidated, Amended and Restated Mortgage and Security Agreement, dated October 28, 2021 between 1932 McGraw Avenue LLC, as Mortgagor, and RealFi Real Estate Investment Trust LLC, as Mortgagee. |
| **Exhibit 9** | Conditional Guaranty, dated October 28, 2021 between 1932 McGraw Avenue LLC and James McManus. |
| **Exhibit 10** | Guaranty of Completion, dated October 28, 2021 between 1932 McGraw Avenue LLC and James McManus. |
| **Exhibit 11** | What is understood to be the First Amendment to the Limited Liability Company Agreement of 1932 McGraw Avenue LLC, dated October 28, 2021. |

| **Exhibit 12** | What is understood to be the Operating Agreement for 47 Poplar Owners LLC, dated as of December, 2021. |
|---|---|
| **Exhibit 13** | State of Delaware Certificate of Amendment, dated March 21, 2022, reflecting the renaming of RealFi Real Estate Investment Trust LLC as Fairbridge Real Estate Investment Trust LLC. |
| **Exhibit 14** | Secured Promissory Note, dated June 3, 2022, in the amount of $500,000, between 1932 McGraw Avenue LLC, as Maker, and Fairbridge Real Estate Investment Trust LLC, as Payee. |
| **Exhibit 15** | General Assignment and Assumption, dated September 1, 2022, between Fairbridge Real Estate Investment Trust LLC, as Assignor, and Fairbridge Credit LLC, as Assignee. |
| **Exhibit 16** | Mortgage Extension and Modification Agreement, dated as of May 31, 2023 and effective as of April 28, 2023, among 1932 McGraw Avenue LLC, as Borrower, David DeLucia; James McManus and Randylynn Rastello-McManus, as Guarantors; and Fairbridge Credit LLC, as Lender. |
| **Exhibit 17** | Mortgage Extension and Modification Agreement, dated as of May 31, 2023 and effective as of April 28, 2023, among 1932 McGraw Avenue LLC, as Borrower; David DeLucia, James McManus and Randylynn Rastello-McManus, as Guarantors; and Fairbridge Credit LLC, as Lender. |
| **Exhibit 18** | Mortgage Extension and Modification Agreement, dated as of May 31, 2023 and effective as of April 28, 2023, among 1932 McGraw Avenue LLC, as Borrower; David DeLucia, James McManus, and Randylynn Rastello-McManus, as Guarantors; and Fairbridge Credit LLC, as Lender. |
| **Exhibit 19** | Mortgage Extension and Modification Agreement, dated as of May 31, 2023 and effective as of April 28, 2023, among 1932 McGraw Avenue LLC, as Borrower; David DeLucia, James McManus and Randylynn Rastello-McManus, as Guarantors; and Fairbridge Credit LLC, as Lender. |
| **Exhibit 20** | Forbearance Agreement, dated as of October 18, 2023 and effective as of September 1, 2023, among Fairbridge Credit LLC, as Lender; 1932 McGraw Avenue, as Borrower; and David DeLucia, James McManus and Randylynn Rastello-McManus, as Guarantors. |
| **Exhibit 21** | What is understood to be the Exclusive Right to Sell, Exchange or Dispose Agreement, dated January 17, 2024, by and between 1932 McGraw Avenue LLC, as Owner, and Ariel Property Advisors, LLC as Listing Broker, concerning the premises located at 1932 McGraw Avenue, Bronx, New York. |

| | |
|---|---|
| **Exhibit 22** | Notice of Default and Reservation of Rights, dated February 5, 2024, from Fairbridge Credit LLC, as Lender, to 1932 McGraw Avenue LLC, David DeLucia, James McManus and Randylynn Rastello-McManus. |
| **Exhibit 23** | The Second Mortgage Extension and Modification Agreement, made as of February 9, 2024, but made effective as of January 1, 2024, by and among 47 Poplar Owners LLC, as Borrower, Thomas Lee and James McManus, as Guarantors, and Fairbridge Credit LLC, as Lender, relating to a construction loan (bearing document number 00147265.5 in the footer). |
| **Exhibit 24** | The Second Mortgage Extension and Modification Agreement, made as of February 9, 2024, but made effective as of January 1, 2024, by and among 47 Poplar Owners LLC, as Borrower, Thomas Lee and James McManus, as Guarantors, and Fairbridge Credit LLC, as Lender, relating to an acquisition loan (bearing document number 00147264.4 in the footer). |
| **Exhibit 25** | The Master Repurchase Agreement and Securities Contract among Churchill MRA Funding I LLC, as Buyer, FB Churchill Facility LLC, as Seller, and Fairbridge Credit LLC, as Guarantor, dated April 5, 2024 |
| **Exhibit 26** | Second Notice of Default, dated June 5, 2024, from counsel for Fairbridge Credit LLC, as Lender, to 1932 McGraw Avenue LLC, David DeLucia, James McManus and Randylynn Rastello-McManus. |
| **Exhibit 27** | Notification of Disposition of Collateral Under Article 9 of the Uniform Commercial Code, dated September 9, 2024, from counsel for Fairbridge Credit LLC, as Lender, to 1932 McGraw Avenue LLC, David DeLucia, Randylynn Rastello-McManus, Eliezer Torres and James McManus. |
| **Exhibit 28** | Amended and Restated Construction Loan Agreement dated March 13, 2025, but effective as of February 21, 2025, between 47 Poplar Owners LLC, as borrower, and Fairbridge Credit LLC, as lender. |
| **Exhibit 29** | Draft Loan Sale Agreement dated May 2025 between Fairbridge Credit LLC, as seller, and UpSide Consulting Group, LLC, as buyer. |
| **Exhibit 30** | Amended and Restated Third Notification of Disposition of Collateral Under Article 9 of the Uniform Commercial Code dated September 18, 2025, from counsel for Fairbridge Credit LLC, as Lender, to 1932 McGraw Avenue LLC, David DeLucia, Randylynn Rastello-McManus, Eliezer Torres and James McManus. |
| **Exhibit 31** | Uniform Commercial Code Public Sale Notice, dated September 20-21, 2025, and published by the Wall Street Journal (as audited by the Advertising Checking Bureau, Inc. on September 26, 2025). |

| **Exhibit 32** | Affidavit of Publication dated October 2, 2025, concerning the Uniform Commercial Code Public Sale Notice published in the Daily News on September 24, 2025 and October 1, 2025. |
| --- | --- |
| **Exhibit 33** | Certificate of Amendment of the Articles of Organization of 1932 McGraw Avenue LLC, which annexes the Certificate of Sale and Fact dated October 14, 2025, memorializing the purchase at a UCC foreclosure auction by Fairbridge Credit LLC of all of the membership interests in 1932 McGraw Avenue LLC. |

## WORD-COUNT CERTIFICATION
## PURSUANT TO LOCAL CIVIL RULE 7.1(c)

In reliance upon the word-count feature of the word-processing system on which the foregoing *Affidavit of John C. Lettera in Support Of Defendants' Motion To Dismiss The Amended Complaint*, sworn to March 16, 2026 (the "*Affidavit*"), was prepared, the undersigned hereby certifies that the Affidavit contains 1,427 words, excluding (a) the case caption, (b) the Exhibit List, (c) the signature and notary blocks and (d) this Word-Count Certification.

*/s/ Matthew R. Ross*
**Matthew R. Ross**

4902-6627-2408, v. 1