## **EXHIBIT 4**

CERTIFICATION OF COMMERCIAL LOAN
WAIVER OF FEDERAL AND STATE
TRUTH-IN-LENDING DISCLOSURES AND JURY TRIAL
AND REPRESENTATION BY ATTORNEY AND OFAC CERTIFICATION

The undersigned, as Borrower and Guarantor, hereby certify and affirm to RealFi Real Estate Investment Trust LLC ( the "Lender"), that the proceeds of the following described loan, and any and all documents (collectively, the "Loan Documents") which are executed in conjunction therewith, or which without limitation, the Note, and any Mortgage, Security Agreement and/or Assignments of Leases and Rents of even date therewith, are not for personal, family, household, farming or agricultural purposes but are for business and commercial purposes only. The proceeds of the loan will be used to improve, or maintain the Property, and Borrower intends to sell the Property once complete for a profit.

The undersigned further affirms that neither any Borrower nor any family member of the Borrower intend or expect to occupy the Property at any time. Borrower will not, under any circumstances, occupy the Property at any time while the Loan remains outstanding. In addition, Borrower will not claim the Property as their primary or secondary residence for any purposes for the duration of my Loan. Borrower now resides, and for the duration of my Loan will continue to reside, elsewhere.

The undersigned further affirms that none of Borrower, any person or entity directly or indirectly owning an interest in Borrower (an "Interest Holder") or any of the Guarantors (each a "Guarantor" and collectively, the "Guarantors") are named on any list of Specially Designated Nationals or known or suspected terrorists that has been generated by the Office of Foreign Assets Control ("OFAC"), nor are any of them organized in, or citizens or residents of any country that is subject to embargo or trade sanctions enforced by OFAC (collectively, "Restricted Parties"). Borrower has conducted due diligence with respect to each Interest Holder and Guarantor, such that Borrower has formed a reasonable belief that it knows the true identity of each of Interest Holder and Guarantor. To the best knowledge of Borrower, no funds of any Restricted Parties used in connection with this transaction were derived from illegal or suspicious activities. Lender hereby notifies Borrower that pursuant to the requirements of the USA Patriot Act (Title III of Pub. L. 107-56 (signed into law October 26, 2001)) (the "Patriot Act"), it is required to obtain, verify and record information that identifies Borrower, which information includes, the name and address of Borrower and other information that will allow Lender to identify Borrower in accordance with the Patriot Act.

## LOAN DESCRIPTION

DATE:           February 19, 2021
AMOUNT:         $576,000.00
BORROWER:       1932 MCGRAW AVENUE LLC
GUARANTORS:     David DeLucia, Randylynn Rastello-Mcmanus, and
                James McManus

CERTIFICATION OF COMMERCIAL LOAN
WAIVER OF FEDERAL AND STATE
TRUTH-IN-LENDING DISCLOSURES AND JURY TRIAL
AND REPRESENTATION BY ATTORNEY AND OFAC CERTIFICATION

The undersigned, as Borrower and Guarantor, hereby certify and affirm to RealFi Real Estate Investment Trust LLC ( the "Lender"), that the proceeds of the following described loan, and any and all documents (collectively, the "Loan Documents") which are executed in conjunction therewith, or which without limitation, the Note, and any Mortgage, Security Agreement and/or Assignments of Leases and Rents of even date therewith, are not for personal, family, household, farming or agricultural purposes but are for business and commercial purposes only. The proceeds of the loan will be used to improve, or maintain the Property, and Borrower intends to sell the Property once complete for a profit.

The undersigned further affirms that neither any Borrower nor any family member of the Borrower intend or expect to occupy the Property at any time. Borrower will not, under any circumstances, occupy the Property at any time while the Loan remains outstanding. In addition, Borrower will not claim the Property as their primary or secondary residence for any purposes for the duration of my Loan. Borrower now resides, and for the duration of my Loan will continue to reside, elsewhere.

The undersigned further affirms that none of Borrower, any person or entity directly or indirectly owning an interest in Borrower (an "Interest Holder") or any of the Guarantors (each a "Guarantor" and collectively, the "Guarantors") are named on any list of Specially Designated Nationals or known or suspected terrorists that has been generated by the Office of Foreign Assets Control ("OFAC"), nor are any of them organized in, or citizens or residents of any country that is subject to embargo or trade sanctions enforced by OFAC (collectively, "Restricted Parties"). Borrower has conducted due diligence with respect to each Interest Holder and Guarantor, such that Borrower has formed a reasonable belief that it knows the true identity of each of Interest Holder and Guarantor. To the best knowledge of Borrower, no funds of any Restricted Parties used in connection with this transaction were derived from illegal or suspicious activities. Lender hereby notifies Borrower that pursuant to the requirements of the USA Patriot Act (Title III of Pub. L. 107-56 (signed into law October 26, 2001)) (the "Patriot Act"), it is required to obtain, verify and record information that identifies Borrower, which information includes, the name and address of Borrower and other information that will allow Lender to identify Borrower in accordance with the Patriot Act.

## LOAN DESCRIPTION

DATE:           February 19, 2021
AMOUNT:         $576,000.00
BORROWER:       1932 MCGRAW AVENUE LLC
GUARANTORS:     David DeLucia, Randylynn Rastello-Mcmanus, and
                James McManus

misrepresentation in this Affidavit will constitute an Event of Default under my Loan Documents and may result in the immediate acceleration of my debt and the institution of foreclosure proceedings, eviction, and any other remedies allowable by law.

The undersigned have read this certification, and understand its terms, and make the waivers included herein voluntarily, knowingly, and intelligently for the purpose of further inducing the Lender to make the loan.

Dated as of this 19th day of February, 2021.

**1932 MCGRAW AVENUE LLC**
a New York limited liability company

By: _____
Name:  David DeLucia
Title:   Member and Authorized Signatory

_____
David DeLucia, Individually
*Guarantor*
Social Security#:

_____
Randylynn Rastello-McManus, Individually
*Guarantor*
Social Security#:

_____
James McManus, Individually
*Guarantor*
Social Security#:

*Acknowledgments page Follows. Remainder of Page Intentionally left Blank.*

STATE OF NEW YORK        )
                                       ) ss.:

COUNTY OF WESTCHESTER    )

On the 19th day of February, 2021 before me, the undersigned, a Notary Public in and for said State, personally appeared, DAVID DELUCIA, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed this instrument.

_____
Notary Public

PAT LONGOBUCCO
Notary Public, State of New York
No. 02LO6112250
Qualified in Westchester County
Commission Expires June 28, 2024

STATE OF NEW YORK        )
                                       ) ss.:

COUNTY OF WESTCHESTER    )

On the 19th day of February, 2021 before me, the undersigned, a Notary Public in and for said State, personally appeared, RANDYLYNN RASTELLO-MCMANUS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed this instrument.

_____
Notary Public

STATE OF NEW YORK        )
                                       ) ss.:

COUNTY OF WESTCHESTER    )

PAT LONGOBUCCO
Notary Public, State of New York
No. 02LO6112250
Qualified in Westchester County
Commission Expires June 28, 2024

On the 19th day of February, 2021 before me, the undersigned, a Notary Public in and for said State, personally appeared, JAMES MCMANUS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed this instrument.

_____
Notary Public

Page **4** of 4

PAT LONGOBUCCO
Notary Public, State of New York
No. 02LO6112250
Qualified in Westchester County
Commission Expires June 28, 2024

The undersigned hereby acknowledge that the undersigned understand that Federal and State Truth-in-Lending disclosures are not required for transactions in which the loan proceeds are used solely for business and commercial purposes. The undersigned further acknowledge the undersigned's understanding that by certifying that the loan is entirely and solely for business and commercial purposes and not at all for any personal, family, household or other noncommercial or any farming or other agricultural purposes, the undersigned are waiving all rights to Federal and State Truth-in-Lending disclosures which the undersigned might otherwise have had if any part of the proceeds was to have been used for any personal, family, household or other noncommercial or any farming or other agricultural purposes.

THE UNDERSIGNED HEREBY WAIVE TRIAL BY JURY IN ANY COURT IN ANY SUIT, ACTION OR PROCEEDING ON ANY MATTER ARISING IN CONNECTION WITH OR IN ANY WAY RELATED TO THE FINANCING TRANSACTIONS OF WHICH THIS INSTRUMENT IS A PART AND/OR THE ENFORCEMENT OF ANY OF LENDER'S RIGHTS AND REMEDIES, INCLUDING WITHOUT LIMITATION, TORT CLAIMS.

THE UNDERSIGNED HEREBY FURTHER WAIVE ANY AND ALL RIGHTS THAT THE UNDERSIGNED MAY HAVE TO NOTICE, JUDICIAL HEARING, THE REQUIREMENT OF A BOND, OR PRIOR COURT ORDER, IN CONNECTION WITH THE OBTAINING BY LENDER OF ANY NONJUDICIAL REMEDY IN CONNECTION WITH THE LOAN DESCRIBED ABOVE OR ANY RENEWALS OR EXTENSIONS THEREOF.

THE BORROWER AND GUARANTOR ACKNOWLEDGE THAT BORROWER AND GUARANTOR MAKE THIS WAIVER VOLUNTARILY, INTELLIGENTLY, KNOWINGLY, WITHOUT DURESS AND ONLY AFTER EXTENSIVE CONSIDERATION OF THE RAMIFICATIONS.

The undersigned further acknowledge that the undersigned are and have been represented by counsel in connection with the loan described above. The undersigned hereby also certify that such attorney has explained to the undersigned the waivers of rights included in this document, the contents of the loan documents and instruments furnished by the Lender concerning the Borrower's Note and the Guarantor's Guaranty dated as of the date hereof, in connection with a FIVE HUNDRED SEVENTY-SIX THOUSAND AND XX/100 DOLLARS ($576,000.00) loan and the security provided by the undersigned, including, but not limited to, the mortgage and the assignment of leases and rents. The attorney's explanation included, but was not limited to, (a) the amount of indebtedness owed on the loan, (b) the interest rate and the payments of principal and interest, (c) the change dates on the interest rate and how the interest rate is determined, if applicable, (d) the term of the loan, (e) prepayment penalties, if any, (f) late charges, and (g) default provisions.

The attorney explained to the Guarantor's full satisfaction the nature and extent of the Guarantor's Guaranty and the nature and extent of any liens upon or security interests in the Guarantor's property.

The undersigned further acknowledges that the Lender is originating the Loan in reliance upon this Affidavit. If this Affidavit is not true and correct, and in consideration of Lender making the Loan, Borrower agrees to indemnify Lender and its agents, affiliates, subsidiaries, parent companies, successors and assigns and hold them harmless from and against any and all loss, damage, liability or expense, including costs and reasonable attorneys' fees, which they may incur as a result of or in connection with my misrepresentation. I further understand that any

Page 2 of 4

The undersigned hereby acknowledge that the undersigned understand that Federal and State Truth-in-Lending disclosures are not required for transactions in which the loan proceeds are used solely for business and commercial purposes. The undersigned further acknowledge the undersigned's understanding that by certifying that the loan is entirely and solely for business and commercial purposes and not at all for any personal, family, household or other noncommercial or any farming or other agricultural purposes, the undersigned are waiving all rights to Federal and State Truth-in-Lending disclosures which the undersigned might otherwise have had if any part of the proceeds was to have been used for any personal, family, household or other noncommercial or any farming or other agricultural purposes.

THE UNDERSIGNED HEREBY WAIVE TRIAL BY JURY IN ANY COURT IN ANY SUIT, ACTION OR PROCEEDING ON ANY MATTER ARISING IN CONNECTION WITH OR IN ANY WAY RELATED TO THE FINANCING TRANSACTIONS OF WHICH THIS INSTRUMENT IS A PART AND/OR THE ENFORCEMENT OF ANY OF LENDER'S RIGHTS AND REMEDIES, INCLUDING WITHOUT LIMITATION, TORT CLAIMS.

THE UNDERSIGNED HEREBY FURTHER WAIVE ANY AND ALL RIGHTS THAT THE UNDERSIGNED MAY HAVE TO NOTICE, JUDICIAL HEARING, THE REQUIREMENT OF A BOND, OR PRIOR COURT ORDER, IN CONNECTION WITH THE OBTAINING BY LENDER OF ANY NONJUDICIAL REMEDY IN CONNECTION WITH THE LOAN DESCRIBED ABOVE OR ANY RENEWALS OR EXTENSIONS THEREOF.

THE BORROWER AND GUARANTOR ACKNOWLEDGE THAT BORROWER AND GUARANTOR MAKE THIS WAIVER VOLUNTARILY, INTELLIGENTLY, KNOWINGLY, WITHOUT DURESS AND ONLY AFTER EXTENSIVE CONSIDERATION OF THE RAMIFICATIONS.

The undersigned further acknowledge that the undersigned are and have been represented by counsel in connection with the loan described above. The undersigned hereby also certify that such attorney has explained to the undersigned the waivers of rights included in this document, the contents of the loan documents and instruments furnished by the Lender concerning the Borrower's Note and the Guarantor's Guaranty dated as of the date hereof, in connection with a FIVE HUNDRED SEVENTY-SIX THOUSAND AND XX/100 DOLLARS ($576,000.00) loan and the security provided by the undersigned, including, but not limited to, the mortgage and the assignment of leases and rents. The attorney's explanation included, but was not limited to, (a) the amount of indebtedness owed on the loan, (b) the interest rate and the payments of principal and interest, (c) the change dates on the interest rate and how the interest rate is determined, if applicable, (d) the term of the loan, (e) prepayment penalties, if any, (f) late charges, and (g) default provisions.

The attorney explained to the Guarantor's full satisfaction the nature and extent of the Guarantor's Guaranty and the nature and extent of any liens upon or security interests in the Guarantor's property.

The undersigned further acknowledges that the Lender is originating the Loan in reliance upon this Affidavit. If this Affidavit is not true and correct, and in consideration of Lender making the Loan, Borrower agrees to indemnify Lender and its agents, affiliates, subsidiaries, parent companies, successors and assigns and hold them harmless from and against any and all loss, damage, liability or expense, including costs and reasonable attorneys' fees, which they may incur as a result of or in connection with my misrepresentation. I further understand that any

misrepresentation in this Affidavit will constitute an Event of Default under my Loan Documents and may result in the immediate acceleration of my debt and the institution of foreclosure proceedings, eviction, and any other remedies allowable by law.

The undersigned have read this certification, and understand its terms, and make the waivers included herein voluntarily, knowingly, and intelligently for the purpose of further inducing the Lender to make the loan.

Dated as of this 19th day of February, 2021.

**1932 MCGRAW AVENUE LLC**
a New York limited liability company

By: _____

Name: David DeLucia
Title:   Member and Authorized Signatory

David DeLucia, Individually
*Guarantor*
Social Security#:

Randylynn Rastello-McManus, Individually
*Guarantor*
Social Security#:

James McManus, Individually
*Guarantor*
Social Security#:

*Acknowledgments page Follows. Remainder of Page Intentionally left Blank.*

Page **3** of **4**

STATE OF NEW YORK              )
                               ) ss.:
COUNTY OF WESTCHESTER          )


On the 19th day of February, 2021 before me, the undersigned, a Notary Public in and for said State, personally appeared, DAVID DELUCIA, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed this instrument.

_____
Notary Public


STATE OF NEW YORK              )
                               ) ss.:
COUNTY OF WESTCHESTER          )

PAT LONGOBUCCO
Notary Public, State of New York
No. 02LO6112250
Qualified in Westchester County
Commission Expires June 28, 20__


On the 19th day of February, 2021 before me, the undersigned, a Notary Public in and for said State, personally appeared, RANDYLYNN RASTELLO-MCMANUS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed this instrument.

_____
Notary Public


STATE OF NEW YORK              )
                               ) ss.:
COUNTY OF WESTCHESTER          )

PAT LONGOBUCCO
Notary Public, State of New York
No. 02LO6112250
Qualified in Westchester County
Commission Expires June 28, 20__


On the 19th day of February, 2021 before me, the undersigned, a Notary Public in and for said State, personally appeared, JAMES MCMANUS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed this instrument.

_____
Notary Public


Page 4 of 4

PAT LONGOBUCCO
Notary Public, State of New York
No. 02LO6112250
Qualified in Westchester County
Commission Expires June 28, 20__