# **EXHIBIT 13**

State of Delaware
Secretary of State
Division of Corporations
Delivered 02:45 PM 03/21/2022
FILED 02:45 PM 03/21/2022
SR 20221088218 - File Number 7779459

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT

1.    Name of Limited Liability Company: _____

RealFi Real Estate Investment Trust LLC

2.    The Certificate of Formation of the limited liability company is hereby amended as follows:

> The Name of the LLC should be:
>
> Fairbridge Real Estate Investment Trust LLC

**IN WITNESS WHEREOF**, the undersigned have executed this Certificate on the 21st _____ day of MARCH _____, A.D. 2022 .

By: _____
                Authorized Person(s)

Name: JOHN LETTERA _____
                Print or Type