# **EXHIBIT 15**

## <u>GENERAL ASSIGNMENT AND ASSUMPTION</u>

THIS GENERAL ASSIGNMENT AND ASSUMPTION (this "**<u>Assignment</u>**") is made as of September 1, 2022, by and between **FAIRBRIDGE REAL ESTATE INVESTMENT TRUST LLC (f/k/a REALFI REAL ESTATE INVESTMENT TRUST LLC f/k/a TRADEX REAL ESTATE INVESTMENT TRUST LLC)**, a Delaware limited liability company, having an address at 707 Westchester Avenue, Suite 304, White Plains, New York 10604 (the "**<u>Assignor</u>**") and **FAIRBRIDGE CREDIT LLC**, a Delaware limited liability company, having an address at 707 Westchester Avenue, Suite 304, White Plains, New York 10604 (the "**<u>Assignee</u>**").

RECITALS

A.     Assignor is the legal beneficial owner and holder of those certain loans (each a "**<u>Loan</u>**", collectively, the "**<u>Loans</u>**") as such loans are as further set forth in Schedule 1 attached hereto and made a part hereof, being identified by collateral address. Each Loan is evidenced and secured by the loan documents executed therewith in connection with the corresponding Loan (collectively, the "**<u>Loan Documents</u>**").

B.     Assignor has agreed to convey to Assignee all of Assignor's right, title and interest in and to the Loan Documents and Assignee agrees to accept and assume the Loan Documents.

AGREEMENT

NOW, THEREFORE, in consideration of good and valuable consideration, the mutual receipt and legal sufficiency of which are hereby acknowledged, Assignor and Assignee hereby agree as follows:

1.     <u>Assignment</u>. Assignor hereby sells, assigns, transfers and conveys to Assignee, without any representation, warranty or recourse other than as specifically provided for herein, all of Assignor's right, title and interest in and to the Loan Documents.

2.     <u>Assumption</u>. Assignee hereby accepts and assumes all duties, liabilities and obligations of every nature whatsoever with respect to the Loans and the Loan Documents existing as of the date hereof, including, without limitation, such duties, liabilities and obligations which have been, or should have been, fulfilled or completed by Assignor prior to the date hereof, and any executory duties, liabilities or obligations.

3.     <u>"As-Is" Assignment</u>. This assignment is made on an "AS-IS," WHERE-IS" BASIS, "WITH ALL FAULTS" AND WITHOUT REPRESENTATIONS, EXPRESS OR IMPLIED, OF ANY TYPE, KIND, CHARACTER OR NATURE (INCLUDING, WITHOUT LIMITATION, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE).

4.     <u>Successors and Assigns</u>. This Assignment shall inure to the benefit of and be binding upon the parties hereto and their respective heirs, legal representatives, successors and assigns.

5.     <u>Governing Law</u>. This Agreement shall be governed by the laws of the State of New York.

6.    <u>WAIVER OF JURY TRIAL</u>. ASSIGNOR AND ASSIGNEE BOTH IRREVOCABLY WAIVE ANY AND ALL RIGHT EITHER PARTY MIGHT HAVE TO A TRIAL BY JURY IN ANY ACTION, PROCEEDING OR CLAIM OF ANY NATURE RELATING TO THIS ASSIGNMENT, ANY DOCUMENTS EXECUTED IN CONNECTION WITH THIS ASSIGNMENT OR ANY TRANSACTION CONTEMPLATED IN ANY OF SUCH DOCUMENTS. EACH OF ASSIGNOR AND ASSIGNEE ACKNOWLEDGES THAT THE FOREGOING WAIVER IS KNOWING AND VOLUNTARY.

7.    <u>Counterparts</u>. This Agreement may be executed in any number of counterparts and by facsimile or electronic mail, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

[Remainder of Page Intentionally Left Blank, Signature Pages to Follow]

IN WITNESS WHEREOF, the parties have duly executed and delivered this Assignment as of the day and year first above written.

<u>**ASSIGNOR**</u>:

**FAIRBRIDGE REAL ESTATE INVESTMENT TRUST LLC (f/k/a REALFI REAL ESTATE INVESTMENT TRUST LLC f/k/a TRADEX REAL ESTATE INVESTMENT TRUST LLC)**,
a Delaware limited liability company

By:
Name: BRIAN WALZER
Title:  Authorized Signatory

<u>**ASSIGNEE**</u>:

**FAIRBRIDGE CREDIT LLC**,
a Delaware limited liability company

By:
Name: BRIAN WALZER
Title:  Authorized Signatory

[General Assignment and Assumption – Signature Page]

**SCHEDULE 1**

**Loan Schedule**

| Collateral Address | Town | State | Zip Code |
|---|---|---|---|
| 910 South Lake Blvd, 584 Route 6 | Mahopac | NY | 10541 |
| 3067 Williamsbridge | Bronx | NY | 10467 |
| 3067 Williamsbridge (Extension) | Bronx | NY | 10467 |
| 139 Windsor Highway | New Windsor | NY | 12553 |
| 934 E 51st St | Brooklyn | NY | 11203 |
| 759 East Monroe Street, et al | Little Falls, Fonda, Granville | NY | 10580 |
| 375 Barbertown Point Breeze Road | Frenchtown | NJ | 8825 |
| 36-42 St. Pauls Street | Rochester | NY | 14604 |
| 333-359 Moffat Street | Brooklyn | NY | 11237 |
| 514 39th Street (Extension) | Union City | NJ | 7087 |
| 19 Cooper Street | Brooklyn | NY | 11207 |
| Baltimore Master Line Of Credit (upsized) | Baltimore | MD | 21201 |
| 26 Carlyle Place | Greenburgh | NY | 10530 |
| 1301-1339 Clouet Street | New Orleans | LA | 70117 |
| Columbus Portfolio # 3 | Columbus | OH | 43232 |
| 3514 Chiquita Boulevard South | Cape Coral | FL | 33914 |
| Columbus Portfolio #5 | Columbus | OH | 43232 |
| Columbus Portfolio #4 | Columbus | OH | 43232 |
| 1932 McGraw Avenue (Senior) | Bronx | NY | 10463 |
| 1932 McGraw Avenue (Sub) | Bronx | NY | 10463 |
| 22 Storms Avenue | Jersey City | NJ | 7036 |
| 330-340 Union Avenue | New Rochelle | NY | 10801 |
| 615 Washington Avenue | Belleville | NJ | 7109 |
| 126 Oliver Road | Bedford | NY | 10506 |
| 47 Poplar Street (Acquisition) | New Milford | CT | 6776 |
| 47 Perry Street (Note Purchase) | Brooklyn | NY | 10014 |
| 245-255 Condor Street | Boston | MA | 2821 |
| 3204 Prytania Street | New Orleans | LA | 70115 |
| 327 Hamilton Avenue (Florio Portfolio #8) | Paterson | NJ | 7501 |

| | | | |
|---|---|---|---|
| 266-268 Governor Street (Florio Portfolio #8) | Paterson | NJ | 7501 |
| 241 Rosa Parks Blvd (Florio Portfolio #8) | Paterson | NJ | 7501 |
| 215 Rosa Parks Blvd (Florio Portfolio #8) | Paterson | NJ | 7501 |
| 195 Rosa Parks Blvd (Florio Portfolio #8) | Paterson | NJ | 7501 |
| 140 Governor Street (Florio Portfolio #8) | Paterson | NJ | 7501 |
| 8 Kervan Road | Rye | NY | 10580 |
| 12-14 Blackall Road (Senior) | Milford | CT | 6460 |
| 12-14 Blackall Road (Second) | Milford | CT | 6460 |
| 7-9 Oswego Road | Pleasant Valley | NY | 12569 |
| 10-12 N Clinton & 444 MLK Jr | East Orange | NJ | 7017 |
| 47 Poplar Street (Construction) | New Milford | CT | 6776 |
| 90-98 University Ave | Yonkers | NY | |
| 1932-1936 McGraw Ave - Air Rights | Bronx | NY | 10463 |
| Henry County, GA (Jodeco) | | GA | |
| 248-260 N Main Street | Spring Valley | NY | 10977 |
| 155 Hill & 286 Round Hill (Senior) | Greenwich | CT | 6830 |
| 155 Hill & 286 Round Hill (Second) | Greenwich | CT | 6830 |
| 155 Hill & 286 Round Hill (Line of Credit) | Greenwich | CT | 6830 |
| 1223 Oenoke Ridge (Senior) | New Canaan | CT | 6840 |
| 1223 Oenoke Ridge (Second) | New Canaan | CT | 6840 |
| Lantana Hotel & Residences | Fredericksburg | TX | 78624 |
| 221 West St | Harrison | NY | 10528 |
| Harvard Apartments | Norfolk | VA | 23510 |
| 75 Josephine Evaristo Ave (Senior) | Greenwich | CT | 6830 |
| 75 Josephine Evaristo Ave (Second) | Greenwich | CT | 6830 |
| 855 Main St | Bridgeport | CT | 6830 |