# **EXHIBIT 21**



Ariel Property Advisors
122 East 42nd Street, Suite 2405, New York NY 10168
phone: 212.544.9500 | fax: 212.544.9501 | arielpa.com

January 17, 2024

1932 Mcgraw Avenue LLC

This Exclusive Right to Sell, Exchange or Dispose Agreement ("Agreement") sets forth the agreement between 1932 Mcgraw Avenue LLC ("Owner") and Ariel Property Advisors, LLC, a Licensed Real Estate Broker ("Listing Broker") with respect to the premises located at 1932 McGraw Avenue, Bronx, NY 10462 (Block: 3931 Lot: 18) (known herein, individually or collectively, as the "Property"). Owner hereby grants to Listing Broker the exclusive right, as broker and as an agent of Owner, to sell, exchange, lease or otherwise dispose of any portion or all of the Property according to the following Terms and Conditions:

1. This Agreement shall be effective upon execution by the parties ("Execution Date") and shall remain in effect for a period of 6 months thereafter, unless terminated earlier in accordance with the terms and provisions of this agreement. Owner or Listing Broker shall have the right to cancel this agreement at any time for any reason or no reason upon 30 days written notice to the other party.  Notwithstanding anything contained herein to the contrary, if the Property is in contract at the expiration of the term or any extension hereof, then the term shall be automatically extended for a period of the later of six (6) months on the date that the listing agreement expires or contract is cancelled.

2. During the term of this exclusive right, Owner agrees to refer to Listing Broker all inquiries, proposals and offers received by Owner or its representatives regarding the Property, including, but not limited to, those from principals, agents, and other brokers, and Owner agrees to conduct all negotiations with respect to the sale, leasing or other disposition of the Property solely and exclusively through Listing Broker and to advise all persons of this exclusive right.

3. If during the term or any extension Owner either (a) sells the Property to any person or entity or (b) executes a contract for sale of the Property with any person or entity, which thereafter closes pursuant to the terms thereof following expiration of the term, then subject to the terms and conditions set forth in this Agreement, Owner agrees to pay to Listing Broker, and Listing Broker agrees to accept, as its compensation, a commission equal to 5.00% of the gross sales price, whether such sale is affected by Listing Broker, by Owner, or by another broker. Commissions will be due and payable when title actually passes.

4. In the event that another licensed real estate broker represented the buyer, then Owner shall pay to Listing Broker one full commission out of which Listing Broker shall compensate the Outside Broker(s) pursuant to a separate co-brokerage agreement entered into by and between the brokers (up to 50% of the full commission), when said full commission is actually received by Listing Broker.

5. Listing Broker agrees that within fifteen (15) business days after the expiration or earlier termination of the listing term, to provide Owner with a list of no more than fifteen (15) names of persons or entities who have inquired about the Property. If within 180 days after the expiration or earlier termination of the listing term a contract is signed or negotiations continue and ultimately lead to a signed contract for the sale, lease, exchange, or other disposition of the Property to a person on said list (or to an entity with whom said person is affiliated in any way), Listing Broker shall be entitled to the commissions provided for in paragraph 3 of this Agreement.



Ariel Property Advisors
122 East 42nd Street, Suite 2405, New York NY 10168
phone: 212.544.9500 | fax: 212.544.9501 l arielpa.com

6.  Any controversy or claim arising out of or relating to this agreement or breach of performance thereof shall be settled by arbitration in accordance with the rules of the American Arbitration Association, and judgment upon the award rendered by the arbitrators may be entered in any court having jurisdiction thereof.  Owner hereby agrees to pay Listing Broker legal fees, if any, in connection with any action or proceeding commenced by Listing Broker due to Owner's failure to make the commission payment, if any, earned hereunder.

7.  The undersigned represents and warrants that he/she either is the fee owner of the Property or has the authority to sign this agreement on behalf of the fee owner of the Property and agrees to be bound hereby.

8.  This agreement shall bind and benefit the personal representatives, successors and assigns of the parties.

9.  This agreement, which constitutes the entire agreement between Owner and Listing Broker, may not be changed, rescinded or modified except in an agreement in writing signed by both parties.

> If the foregoing terms and conditions are satisfactory, please execute this Agreement in duplicate where indicated below, and return one to the undersigned.

> The foregoing is accepted:

1932 Mcgraw Avenue LLC

By: _____    Date: _____ 1/25/2024

ARIEL PROPERTY ADVISORS LLC

By: _____    Date: _____ 1/25/2024
Shimon Shkury, President