# **EXHIBIT 25**

**BRAUNSTEINTURKISH LLP**
ATTORNEYS AT LAW

7600 Jericho Turnpike, Suite 402, Woodbury, NY 11797

Tel: 516-802-0700 • Fax: 516-802-0701
www.BraunsteinTurkish.com

June 5, 2024

**VIA UPS**

1932 MCGRAW AVENUE LLC
1932 McGraw Avenue
Bronx, New York 10462

James McManus
214 Outlook Avenue
Sunrise Marina Estates, New York  10465

1932 MCGRAW AVENUE LLC
214 Outlook Avenue
Bronx, New York 10465

James McManus
214 Outlook Avenue
Bronx, New York  10465

David DeLucia
243 Manhattan Avenue
Yonkers, New York 11010

RandyLynn Rastello-McManus
214 Outlook Avenue
Sunrise Marina Estates, New York  10465

David DeLucia
243 Manhattan Avenue
Tuckahoe, New York 10707

RandyLynn Rastello-McManus
214 Outlook Avenue
Bronx, New York  10465

## SECOND NOTICE OF DEFAULT

Re:  Those certain loans made by RealFi Real Estate Investment Trust LLC being now known as Fairbridge Real Estate Investment Trust LLC ("Original Lender") to 1932 MCGRAW AVENUE LLC, a New York limited liability company ("Borrower"), as follows: (i) in the principal sum of SEVEN HUNDRED SIX THOUSAND AND XX/100 DOLLARS ($706,000.00) dated as of October 28, 2021 (the "Land Loan"); (ii) in the principal sum of ONE MILLION THREE HUNDRED NINETY FOUR THOUSAND AND XX/100 DOLLARS ($1,394,000.00) dated as of October 28, 2021 (the "Building Loan"); (iii) in the principal sum of TWO HUNDRED THOUSAND AND XX/100 DOLLARS ($200,000.00) dated as of October 28, 2021 (the "Subordinate Loan"); and (iv) in the principal sum of FIVE HUNDRED THOUSAND AND XX/100 DOLLARS ($500,000.00) dated as of June 3, 2022 (the "Air Rights Loan") (each a "Loan", and collectively the "Loan"), as the Loan is now owned and held by Fairbridge Credit LLC, a Delaware limited liability company, having an address at 330 Post Road, Suite 230, Darien, Connecticut 06820 ("Lender") by assignment from Original Lender.

Dear Sir/Madam:

We are counsel for the Lender, the owner and holder of the Loan Documents, as more fully to include, but not limited to:

1932 MCGRAW AVENUE LLC
David DeLucia
James McManus
RandyLynn Rastello-McManus
June 5, 2024
Page 2

i.     Consolidated, Amended and Restated Note, dated as of October 28, 2021, by Borrower for the benefit of Original Lender in the principal sum of $706,000.00 (as assigned to Lender) (the "Land Loan Note");

ii.     Consolidated, Amended and Restated Mortgage and Security Agreement, dated as of October 28, 2021, by Borrower to Original Lender in the principal sum of $706,000.00 (as assigned to Lender) (the "Land Loan Mortgage");

iii.     Conditional Guaranty, dated as of October 28, 2021, by David Delucia, an individual, James McManus, an individual, and RandyLynn Rastello-McManus, an individual (each a "Guarantor" and collectively the "Guarantor") in favor of Original Lender, in connection with the Land Loan and the Building Loan (as assigned to Lender) (the "Conditional Guaranty");

iv.     Building Loan Agreement, dated as of October 28, 2021, by and between Borrower and Original Lender (as assigned to Lender) (the "Building Loan Agreement");

v.     Building Loan Note, dated as of October 28, 2021, by Borrower or the benefit of Original Lender in the principal sum of up to $1,394,000.00 (as assigned to Lender) (the "Building Loan Note");

vi.     Building Mortgage and Security Agreement, dated as of October 28, 2021, from Borrower to Original Lender in the principal sum of $1,394,000.00 (as assigned to Lender) (the "Building Loan Mortgage");

vii.     Guaranty of Completion, dated as of October 28, 2021, by Guarantor in favor of Original Lender (as assigned to Lender) (the "Guaranty of Completion");

viii.     Subordinate Promissory Note, dated as of October 28, 2021, by Borrower for the benefit of Original Lender in the principal sum of $200,000.00 (as assigned to Lender) (the "Subordinate Note");

ix.     Subordinate Mortgage and Security Agreement, dated as of October 28, 2021, from Borrower to Original Lender in the principal sum of $200,000.00 (as assigned to Lender) (the "Subordinate Mortgage");

x.     Conditional Guaranty, dated as of October 28, 2021, by Guarantor in favor of Original Lender in connection with the Subordinate Loan (as assigned to Lender) (the "Conditional Guaranty-Subordinate Loan");

xi.     Secured Promissory Note, dated as of June 3, 2022, by Borrower for the benefit of Original Lender in the principal sum of $500,000.00 (as assigned to Lender) (the "Air Rights Note", and together with the Land Loan Note, the Building Loan Note, and the Subordinate Note, the "Note");

xii.     Mortgage and Security Agreement, dated as of June 3, 2022, from Borrower to Original Lender in the principal sum of $500,000.00 (as assigned to Lender) (the "Air Rights Mortgage", and together with the Land Loan Mortgage, the Building Loan Mortgage, and the Subordinate Mortgage, the "Mortgage");

xiii.     Conditional Guaranty, dated as of June 3, 2022, by Guarantor in favor of Original Lender in connection with the Air Rights Loan (as assigned to Lender) (the "Conditional Guaranty-Air Rights Loan", and together with the Conditional Guaranty, the Guaranty of Completion, and the Conditional Guaranty-Subordinate Loan, the "Guaranty");

1932 MCGRAW AVENUE LLC
David DeLucia
James McManus
RandyLynn Rastello-McManus
June 5, 2024
Page 3

xiv.    Forbearance Agreement, made as of October 18, 2023, effective as of September 1, 2023, by and among Lender, Borrower, and Guarantor (the "Forbearance Agreement"); and

xv.    The Loan Agreement, Note, Mortgage, Guaranty, Forbearance Agreement, and all of documents executed and delivered by Borrower to Original Lender and/or Lender in connection with the Loan are hereinafter collectively referred to as the "Loan Documents", as such Loan Documents are now owned and held by Lender.

This letter shall serve as formal notification of Borrower's continuing default in payment of its obligations under the Loan Documents. As of June 1, 2024, the total indebtedness due Lender is calculated as follows:

Air Rights loan:

| | |
|---|---:|
| Principal | $500,000.00 |
| Default Interest Owed (9/1/23 - 6/1/24) | $91,666.67 |
| Interest Reserve Balance at 9/1/23 | ($143.32) |
| Late Fees | $5,066.67 |
| **Payoff Balance** | **$596,590.02** |

Building, Senior & Subordinate loan:

| | |
|---|---:|
| Building Loan Principal | $625,034.37 |
| Senior Loan Principal | $706,000.00 |
| Subordinate Loan Principal | $200,000.00 |
| Senior & Building Loan Note Interest Owed (8/1/23 - 8/31/23) | $14,900.19 |
| Senior & Building Loan Default Interest Owed (9/1/23 - 6/1/24) | $244,022.97 |
| Senior & Building Loan Late Fees | $21,782.81 |
| Senior & Building Interest Reserve Balance at 9/1/23 | ($12,699.62) |
| Subordinate Note Interest Owed (8/1/23 - 8/31/23) | $2,238.89 |
| Subordinate Default Interest Owed (9/1/23 - 6/1/24) | $36,666.67 |
| Subordinate Interest Reserve Balance at 9/1/23 | ($444.16) |
| Subordinate Loan Late Fees | $3,419.47 |
| Re-appraisal Fee | $4,500.00 |
| **Payoff Balance** | **$1,845,421.59** |

**TOTAL BALANCE DUE:**   **$2,442,011.61**

1932 MCGRAW AVENUE LLC
David DeLucia
James McManus
RandyLynn Rastello-McManus
June 5, 2024
Page 4

In addition to the foregoing, the Borrower has failed, pursuant to the terms of the Loan Documents, to pay, on or before December 1, 2023 (the extended "Maturity Date"), the outstanding principal sum of the Notes together with unpaid interest thereon and all fees, charges and other amounts to which Lender is entitled under the Loan Documents nor has the Borrower made any attempts to cure the defaults subsequent to the initial Notice of Default dated February 5, 2024.

Pursuant to the Loan Documents, this notice is being sent by overnight mail and shall be deemed to have been given on the earlier of (a) the first day after such notice is deposited with the overnight carrier or (b) the date such notice is actually received. If Lender does not receive payment of all amounts due under the Loan and Note as detailed above by no later than June 15, 2024, Lender will take all such actions it deems appropriate to protect its interests in the Loan and to collect the debt thereunder, including, without limitation, seeking foreclosure and/or reconveyance of its security under the Loan Documents without further notice or demand except as required by state law and the Loan Documents. In the event any such actions are taken, Lender will also seek to recover its additional costs and expenses, including attorneys' fees and court costs, incurred in any collection efforts.

Neither this notice, any discussions by Lender with Borrower or its representatives, nor any subsequent acceptance by Lender of any partial payment constitutes (a) a waiver by Lender of any other default by Borrower under the Loan Documents, whether or not referred to herein or any prior notice of default; (b) an election of remedies with respect to any such default by Lender, which reserves all rights and remedies under law and the Loan Documents, (c) a waiver, modification, relinquishment or forbearance by Lender of any right or remedy under the Loan Documents or under law, all of which are reserved by Lender; (d) a reinstatement of the Loan, or (e) a modification of the Loan Documents.

No modification of the Loan Documents and no other agreement or understanding of any nature shall be deemed to have been entered into by or be binding on Lender unless and until Lender and Borrower have reached agreement on all issues, and such entire agreement shall have been reduced to a written document that expressly states that it modifies the Loan Documents and is duly executed by Lender, Borrower and any guarantor of the Loan. Oral agreements, emails, memoranda of meetings, summary of proposed terms, etc., shall have no effect whatsoever and shall not be binding on Lender.

Very truly yours,

William J. Turkish

WJT/jc

cc: Fairbridge Credit LLC

2332.0306/fairbridgecreditllc/1932mcgrawavenuellc/letters/secondnoticeofdefault 06.05.24

# View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.**  Select the Print button on the print dialogue box that appears. Note: If your browser does not support this function, select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.**  Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a scheduled Pickup**
   - Your driver will pickup your shipment(s) as usual.

   **Customers without a scheduled Pickup**
   - Schedule a Pickup on ups.com to have a UPS driver pickup all of your packages.
   - Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. To find the location nearest you, please visit the 'Locations' Quick link at ups.com.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | CVS STORE # 1958 | CVS STORE # 1216 |
| 338 JERICHO TPKE | 55 COLD SPRING RD | 1026 OLD COUNTRY RD |
| SYOSSET NY 11791-4507 | SYOSSET NY 11791-3108 | PLAINVIEW NY 11803-4917 |

FOLD HERE



# View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialogue box that appears. Note: If your browser does not support this function, select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a scheduled Pickup**
   - Your driver will pickup your shipment(s) as usual.

   **Customers without a scheduled Pickup**
   - Schedule a Pickup on ups.com to have a UPS driver pickup all of your packages.
   - Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. To find the location nearest you, please visit the 'Locations' Quick link at ups.com.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | CVS STORE # 1958 | CVS STORE # 1216 |
| 338 JERICHO TPKE | 55 COLD SPRING RD | 1026 OLD COUNTRY RD |
| SYOSSET NY 11791-4507 | SYOSSET NY 11791-3108 | PLAINVIEW NY 11803-4917 |

FOLD HERE



# View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.**  Select the Print button on the print dialogue box that appears. Note: If your browser does not support this function, select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.**  Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a scheduled Pickup**
   o  Your driver will pickup your shipment(s) as usual.

   **Customers without a scheduled Pickup**
   o  Schedule a Pickup on ups.com to have a UPS driver pickup all of your packages.
   o  Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. To find the location nearest you, please visit the 'Locations' Quick link at ups.com.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | CVS STORE # 1958 | CVS STORE # 1216 |
| 338 JERICHO TPKE | 55 COLD SPRING RD | 1026 OLD COUNTRY RD |
| SYOSSET NY 11791-4507 | SYOSSET NY 11791-3108 | PLAINVIEW NY 11803-4917 |

FOLD HERE



# View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialogue box that appears. Note: If your browser does not support this function, select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a scheduled Pickup**
   o Your driver will pickup your shipment(s) as usual.

   **Customers without a scheduled Pickup**
   o Schedule a Pickup on ups.com to have a UPS driver pickup all of your packages.
   o Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. To find the location nearest you, please visit the 'Locations' Quick link at ups.com.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | CVS STORE # 1958 | CVS STORE # 1216 |
| 338 JERICHO TPKE | 55 COLD SPRING RD | 1026 OLD COUNTRY RD |
| SYOSSET NY 11791-4507 | SYOSSET NY 11791-3108 | PLAINVIEW NY 11803-4917 |

FOLD HERE



# View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.**  Select the Print button on the print dialogue box that appears. Note: If your browser does not support this function, select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.**  Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a scheduled Pickup**
   - Your driver will pickup your shipment(s) as usual.

   **Customers without a scheduled Pickup**
   - Schedule a Pickup on ups.com to have a UPS driver pickup all of your packages.
   - Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. To find the location nearest you, please visit the 'Locations' Quick link at ups.com.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | CVS STORE # 1958 | CVS STORE # 1216 |
| 338 JERICHO TPKE | 55 COLD SPRING RD | 1026 OLD COUNTRY RD |
| SYOSSET NY 11791-4507 | SYOSSET NY 11791-3108 | PLAINVIEW NY 11803-4917 |

FOLD HERE



# View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialogue box that appears. Note: If your browser does not support this function, select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a scheduled Pickup**
   o  Your driver will pickup your shipment(s) as usual.

   **Customers without a scheduled Pickup**
   o  Schedule a Pickup on ups.com to have a UPS driver pickup all of your packages.
   o  Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. To find the location nearest you, please visit the 'Locations' Quick link at ups.com.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | CVS STORE # 1958 | CVS STORE # 1216 |
| 338 JERICHO TPKE | 55 COLD SPRING RD | 1026 OLD COUNTRY RD |
| SYOSSET NY 11791-4507 | SYOSSET NY 11791-3108 | PLAINVIEW NY 11803-4917 |

FOLD HERE



# View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialogue box that appears. Note: If your browser does not support this function, select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a scheduled Pickup**
   - Your driver will pickup your shipment(s) as usual.

   **Customers without a scheduled Pickup**
   - Schedule a Pickup on ups.com to have a UPS driver pickup all of your packages.
   - Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. To find the location nearest you, please visit the 'Locations' Quick link at ups.com.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | CVS STORE # 1958 | CVS STORE # 1216 |
| 338 JERICHO TPKE | 55 COLD SPRING RD | 1026 OLD COUNTRY RD |
| SYOSSET NY 11791-4507 | SYOSSET NY 11791-3108 | PLAINVIEW NY 11803-4917 |

FOLD HERE



# View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.**  Select the Print button on the print dialogue box that appears. Note: If your browser does not support this function, select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.**  Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a scheduled Pickup**
   - Your driver will pickup your shipment(s) as usual.

   **Customers without a scheduled Pickup**
   - Schedule a Pickup on ups.com to have a UPS driver pickup all of your packages.
   - Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. To find the location nearest you, please visit the 'Locations' Quick link at ups.com.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | CVS STORE # 1958 | CVS STORE # 1216 |
| 338 JERICHO TPKE | 55 COLD SPRING RD | 1026 OLD COUNTRY RD |
| SYOSSET NY 11791-4507 | SYOSSET NY 11791-3108 | PLAINVIEW NY 11803-4917 |

FOLD HERE

