**EXHIBIT 28**

 **Division of Corporations, State Records and Uniform Commercial Code**

New York State
**Department of State**
**DIVISION OF CORPORATIONS,**
**STATE RECORDS AND**
**UNIFORM COMMERCIAL CODE**
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
www.dos.ny.gov

# CERTIFICATE OF AMENDMENT
## OF THE
## ARTICLES OF ORGANIZATION
## OF
## 1932 MCGRAW AVENUE LLC
*(Insert the Current Name of Domestic Limited Liability Company)*

### Under Section 211 of the Limited Liability Company Law

**FIRST:** The current name of the limited liability company is: **1932 MCGRAW AVENUE LLC**.

If the name of the limited liability company has been previously changed, the name under which it was organized is: **NOT APPLICABLE**.

**SECOND:** The date of filing of the articles of organization is: **February 3, 2021**.

**THIRD:** The amendment effected by this certificate of amendment is as follows:

The subject matter and full text of each amended paragraph must be stated.
FOR EXAMPLE, a certificate of amendment changing the name of the limited liability company would read as follows:
Paragraph FIRST of the Articles of Organization relating to the name of the limited liability company is hereby amended to read as follows:
FIRST: The name of the limited liability company is (….new name….).

Paragraph THIRD of the Articles of Organization relating to the designated agent of the limited liability company is hereby amended to read as follows:

"THIRD: The Secretary of State is hereby designated as agent of the limited liability company upon whom process against the limited liability company may be served. The Post Office address to which the Secretary of State shall mail a copy of any such process is:

1932 McGraw Avenue LLC
c/o Fairbridge Credit LLC
330 Post Road, Suite 230
Darien, CT 06820

4922-7064-9974, v. 1

Attn: Alexis Digirolamo, General Counsel"

Paragraph <u>FOURTH</u> is hereby added to the Articles of Organization and shall read as follows:

"FOURTH: David Delucia ("**Delucia**"), Randy Lynn Rastello-McManus ("**McManus**") and Eliezer Torres ("**Torres**" and together with Delucia and McManus, collectively, the "**Prior Members**") entered into that certain Operating Agreement of 1932 McGraw Avenue LLC (the "**Company**"), undated, as amended by that certain First Amendment to Limited Liability Company Agreement of the Company dated as of October 28, 2021 (collectively, the "**Original Operating Agreement**") pursuant to which Delucia owned 30%, McManus owned 30% and Torres owned 40% of the limited liability company membership interests of the Company.

Pursuant to that certain Uniform Commercial Code Public Auction, held by Mannion Auctions, LLC, Attention: Matthew D. Mannion, auctioneer, on October 14, 2025 at 1:00 p.m. (Eastern Time) (the "**Sale**"), Fairbridge Credit LLC, a Delaware limited liability company ("**Fairbridge**") became the owner of one hundred percent (100%) of the limited liability company membership interests in the Company. The Sale is more particularly described in the Certificate of Sale and Fact attached hereto as <u>Exhibit A</u>. Following the Sale, none of the Prior Members has any interest in the Company nor any authority to act on behalf of the Company."

**X** _____
*(Signature)*

John Lettera
_____
*(Type or print name)*

Capacity of Signer *(Check appropriate box):*

☐ Member

☐ Manager

☑ Authorized Person

# CERTIFICATE OF AMENDMENT
# OF THE
# OF
# 1932 MCGRAW AVENUE LLC
*(Insert the Current Name of Domestic Limited Liability Company)*

Under Section 211 of the Limited Liability Company Law

4922-7064-9974, v. 1

Filer's Name and Mailing Address:

**Vincent L. Georgetti, Esq.**
*Name:*
**Braunstein Turkish LLP**
*Company, if Applicable:*
**7600 Jericho Turnpike, Suite 402**
*Mailing Address:*
**Woodbury, New York 11797**
*City, State and Zip Code:*

**NOTES:**

1. The name of the limited liability company and the date of filing of the articles of organization must exactly match the records of the Department of State. This information should be verified on the Department of State's website at www.dos.ny.gov.

2. This form was prepared by the New York State Department of State for filing a certificate of amendment for a domestic limited liability company. It does not contain all optional provisions under the law. You are not required to use this form. You may draft your own form or use forms available at legal supply stores.

3. The Department of State recommends that all documents be prepared under the guidance of an attorney.

4. The certificate must be submitted with a **$60** filing fee made payable to the Department of State.

*For Office Use Only*

4922-7064-9974, v. 1

Exhibit A

Certificate of Sale and Fact

# CERTIFICATE of SALE and FACT

## Know all men by these presents:

That by virtue of a default in a certain Loan, and placed in my hands for execution and made between:

1932 McGraw Avenue LLC, a New York limited liability company ("Borrower") and Fairbridge Credit LLC, a Delaware limited liability company ("Secured Party"), the Secured Party, did on the 14th day of October 2025, at 1:00 P.M. (Eastern Time), in the manner provided by statute, sell at public auction by Matthew D. Mannion, auctioneer, all the limited liability company membership interests (the "Interests") in 1932 McGraw Avenue LLC, a New York limited liability company, which entity is the fee owner of real property located at:

1932 McGraw Avenue, Bronx, New York 10462

SOLD unto Fairbridge Credit LLC, a Delaware limited liability company for the sum of $1.00, he/she/it being the highest bidder in accordance with the Terms of Sale, which were available to all bidders. That public notice of sale was given prior to its taking place and was duly advertised. This auction sale was held at the offices of Braunstein Turkish LLP, 7600 Jericho Turnpike, Suite 402, Woodbury, New York 11797, and simultaneously by remote auction via Zoom.

IN WITNESS WHEREOF, I have hereunto set my hand on the 14th day of October 2025.

_Matthew Mannion_

Matthew D. Mannion, Auctioneer
Mannion Auctions, LLC
299 Broadway, Suite 1601
New York, New York 10007
(212) 267-6698 | mdmannion@jpandr.com

DOS-1358-f (Rev. 03/17)                                                                 Page 4 of 4

4922-7064-9974, v. 1