# **EXHIBIT 31**

## MARKETS

# U.S. Equities Notch Weekly Gains After the Fed Cuts Interest Rates

By Vicky Ge Huang

Stocks closed the week at record highs, propelled by investor optimism that the Federal Reserve will keep cutting interest rates—and keep the market rally going.

All three major indexes posted weekly gains of more than 1%. The Fed cut the benchmark borrowing rate by 0.25% on Wednesday, and traders are now anticipating additional rate reductions in October and December. The median projection of the Fed's interest-rate setting committee also penciled in two additional cuts in 2025.

"The story today and this week is that we got our cut and we are going to get a few more cuts," said Liz Thomas, head of investment strategy at SoFi. "The market is pretty happy about that, and we're back onto the rate-cut rally bandwagon."

The S&P 500 rose 0.5% on Friday, while the tech-heavy Nasdaq gained 0.7%. The Dow Jones Industrial Average added 0.4%, or 173 points.

The Russell 2000 of smaller stocks retreated 0.8% Friday

**FRIDAY'S MARKETS**



Index performance this past week

Nasdaq composite
S&P 500
Dow Jones Industrial Average

10-minute intervals

Tues.   Wed.   Thurs.   Fri.

Source: FactSet

after hitting its first closing record in nearly four years a day earlier. On a weekly basis, the index advanced 2.2% to outperform the S&P and Dow, with investors betting that a falling rate environment benefits smaller companies that tend to have more floating-rate bank loans and shorter-term debt.

Treasury yields, which rise when bond prices fall, were little changed. The yield on the benchmark 10-year Treasury note inched higher to 4.13%.

In another sign that the rate cut lifted investor confidence

ing that the Fed has everything under control right now," said Shwedo. "Personally, I'm still vigilant that inflation readings are coming in a bit hot and I don't think we've seen the full impacts of tariffs yet."

Some investors are awaiting the start of the third-quarter earnings season to gauge the impact of tariffs and a slowing labor market on corporate America. An early sign of potential concern: FedEx said it expected a $1 billion tariff-related hit to annual earnings. Shares of the parcel-delivery company are down 18% for the year but rose 2.3% Friday after it posted better-than-expected quarterly results.

Still, companies in the S&P 500 are expected to boost third-quarter earnings by 77%, compared with the same period a year earlier. It would be the benchmark's ninth consecutive quarter of earnings growth, according to John Butters, senior earnings analyst at FactSet.

"We are not starting to see tariffs eat into bottom lines from a weak position," said SoFi's Thomas. "Margins have been above average for a while, so there's room for that to come down."

and appetite for risk, the premium that investors demand to hold investment-grade-rated companies' bonds instead of Treasurys hit its lowest level since 1998.

Companies are also taking advantage of a lower rate environment. Creditworthy companies have issued $140 billion of bonds so far this month, closing in on the $150 billion target that bankers held for the full month, according to Blair Shwedo, head of fixed income sales and trading at U.S. Bank. "The bond market is signify-

# Jefferies Deepens Ties With Japan's Sumitomo

By Lauren Thomas

Wall Street's **Jefferies Financial Group** and Japan's **Sumitomo Mitsui Financial Group** are bolstering their ties in a push to court more companies and private-equity firms globally with their services on mergers and acquisitions, borrowing and investing money, and other work.

SMFG's commercial banking subsidiary, SMBC, has agreed to increase its equity ownership in Jefferies to up to 20% in the open market, from about 15%, executives told The Wall Street Journal. It also has agreed to provide Jefferies roughly $2.5 billion in new credit facilities to aid in the two firms' efforts.

The firms are also planning to set up a joint venture in Japan that will serve clients with equity research, sales and trading, and equity capital markets by January 2027. They will do this by merging SMBC Nikko Securities, the securities arm of SMFG, with Jefferies's existing Japanese operations.

And they agreed to expand joint services to larger private-equity firms throughout the Europe, Middle East and Africa.

Japan's biggest banks have long looked for ways to better crack into the U.S. market.

For example, Mitsubishi UFJ

Financial Group acquired a stake in Morgan Stanley during the 2008-09 global financial crisis and remains its biggest shareholder today.

SMBC first struck a strategic alliance with Jefferies in 2021 to collaborate around corporate and investment banking opportunities. In 2023, their alliance expanded—with a focus on winning even larger clients in the U.S.—and SMBC agreed to boost its stake in Jefferies to up to 15%, from under 5% at that time.

As part of the deal struck this past week, SMBC will continue to own less than 5% voting interest in Jefferies.

Analysts have often speculated that SMBC could eventually outright acquire Jefferies, which is valued at nearly $15 billion.

Jefferies, the world's fifth-largest investment bank, is on a mission of its own and has spent hundreds of millions of dollars in recent years to lure top bankers from competitors.

Jefferies President Brian Friedman told the Journal that the latest expansion of the SMBC alliance will let the bank serve more companies and bigger private-equity firms. "This in turn will strengthen the appeal of our platform to top-tier talent."

# SMG Swiss Marketplace Shares Rise in Their Stock Market Debut

By Billy Gray

SMG Swiss Marketplace Group shares jumped as they started trading on the SIX Swiss Exchange, after the online marketplace company priced its initial public offering at the top of its expected range.

With its stock-market debut, SMG—backed by U.S. private-equity group General Atlantic—joins a growing list of companies going public on both sides of the Atlantic as IPO activity

picks up after a long lull.

SMG's stock started trading at 46 Swiss francs, and rose as high as 50 francs in early exchanges. Shares closed up 10% at 49 francs.

The company achieved a valuation of 4.5 billion Swiss francs, equivalent to $5.68 billion, based on its IPO price of 46 francs a share. It had set an IPO price range of between 43 and 46 francs a share.

SMG said some of its shareholders offered shares valued at

as much as 1.04 billion Swiss francs in total, including an initial sale of 19.6 million existing shares, with an option to sell up to 2.9 million more. This places SMG as the biggest IPO completed in Europe since Polish retailer Zabka Group listed in Warsaw in October last year, according to Dealogic data.

However, SMG's debut comes as other, potentially larger offerings are on the horizon in Europe, signaling that the IPO market rebound seen in

the U.S. in recent weeks is going global.

Swedish security-services provider Verisure this past week said it planed to raise around $3.7 billion through an IPO on Nasdaq Stockholm, in what would be the biggest European IPO since Porsche's 9.4 billion euro offering three years ago. Other companies such as Swedish digital specialist lender Noba Bank, Franco-German tank maker KNDS and arms maker Czechoslovak

Group said they intend to list. Moreover, Germany's Aumovio, a spinoff from tire maker Continental, started trading as a standalone company on Thursday.

In the U.S., software developer Figma, cryptocurrency exchange Bullish, fintech firm Klarna, and ticketing platform StubHub all went public in recent weeks.

SMG said its IPO was oversubscribed multiple times by Swiss and international inves-

tors. Pictet Asset Management and BlackRock subscribed for shares valued at 150 million francs each, SMG added.

The company, which generated 291 million francs in revenue last year, was formed in 2021 as a joint venture of General Atlantic, TX Group, Ringier, and Mobiliar. The bulk of the offering came from two of SMG's shareholders, Mobiliar and Ringier, while General Atlantic granted an option to sell more shares.

ADVERTISEMENT

## The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

RESIDENTIAL REAL ESTATE

# ONLINE AUCTIONS

THE ABBOTT RANCH ESTATE
ROYSE CITY, TEXAS - NEAR DALLAS



THE CEDAR CREEK LAKE ESTATE
MABANK, TEXAS - NEAR DALLAS





ONLINE AUCTION BEGINS MONDAY, OCTOBER 20TH

ONLINE AUCTION BEGINS TUESDAY, OCTOBER 21ST

PREVIOUSLY $4.495M, STARTING BID ONLY $1.5M⁺

PREVIOUSLY $4.8M, NOW SELLING AT OR ABOVE $2.4M⁺

- Two Residences & Flexible Outbuilding
- 5,622 Sq. Ft. Black House w/Large Living Areas & Game/Media Room
- 2,765± Sq. Ft. White House with Dual Living Areas & A Chef's Kitchen
- Sparkling Pool • Hot Tub • Outdoor Kitchen • Fireplace • Covered Patio
- 48± Acres • 6± Acres Zoned Residential & 42± Acres Zoned Agricultural

- Fully Furnished 6 Bed, 8.5 Bath Estate with 375± Ft of Water Frontage
- Chef's Kitchen • 4 Guest Suites • Multiple Home Offices • Library • Theater
- Game Room • Bar • Custom Wine Cellar • Gym • Fitness Suite w/Sauna
- Wraparound Verandas • Expansive Decks • Heated Pool w/Slide • Spa
- Outdoor Kitchen • Pizza Oven • Fire Pit • Private Dock with 3 Boat Lifts

(866) 924-5294


INTERLUXE.COM/ARWJ

INTERLUXE.COM/CCWJ


INTERLUXE AUCTIONS

COMMERCIAL REAL ESTATE

UNIFORM COMMERCIAL CODE PUBLIC SALE NOTICE


1ST TRUST DEED
10% RETURN
47% L.T.V. • 3 YEAR
NEWPORT BEACH, CA
OFFICE BLDG
866-700-0600
ALLIANCE PORTFOLIO

BUSINESS OPPORTUNITIES

Opportunity Available
To acquire long-term income from immense natural gas field located near LNG plants permitted for worldwide sales as of January 20th, 2025.
Call (972) 850-8031 for details.

THE WALL STREET JOURNAL SHOWROOM
wsj.com/classifieds

THE WALL STREET JOURNAL

# THE MARKETPLACE

ADVERTISE TODAY
(800) 366-3975
For more information visit:
wsj.com/classifieds