# **EXHIBIT 32**



**NYDAILYNEWS.COM**

Sold To:
JP&R Adv Agency - CU00654141
299 Broadway, Ste 1601
New York, NY 10007-3625


Bill To:
JP&R Adv Agency - CU00654141
299 Broadway, Ste 1601
New York, NY 10007-3625


## Affidavit of Publication

Order Number: 7873420
Purchase Order: 231503

State of New York
County of New York

The undersigned is an authorized designee of the publisher of the Daily News, a daily newspaper published in New York, New York. The notice, of which the annexed is a true copy, has been published in the said newspaper in the Full Run zone on the following days:

Publication Dates : **Sep 24, 2025; Oct 01, 2025.**
_____

Daily News, L.P., Publisher


Printed Name:    **Peter Nylin**

Authorized Designee of Daily News, L.P., Publisher of the Daily News

Sworn to before me this **2** day of **October** ,**2025**.


Notary Public

KATHI L DAVIS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01DA6410130
Qualified in Ulster County
Commission Expires October 19, 2028

# DAILY◉NEWS

NYDAILYNEWS.COM

**UNIFORM COMMERCIAL CODE PUBLIC SALE NOTICE**

Please take notice that Mannion Auctions, LLC, Matthew D. Mannion, licensed auctioneer (DCA #1434494), on behalf of Fairbridge Credit LLC, a Delaware limited liability company ("Secured Party"), offers for sale at public auction on October 14, 2025 at 1:00 p.m. (Eastern Time) at the offices of Braunstein Turkish LLP, 7600 Jericho Turnpike, Suite 402, Woodbury, New York 11797, and simultaneously by remote auction via Zoom (Meeting link: https://bit.ly/1932McGraw; Meeting ID: 832 1829 8946; Meeting passcode: 008227; Call-in number: +1 646 931 3860 (US)), in connection with a Uniform Commercial Code sale of the limited liability company membership interests (the "Interests") in 1932 McGraw Avenue LLC, a New York limited liability company ("Borrower"), which entity is the fee owner of real property located at 1932 McGraw Avenue, Bronx, New York 10462. The Interests represent 100% of the ownership interest in Borrower and are owned by: David DeLucia, as to 30% of the Interests; RandyLynn Rastello-McManus, as to 30% of the Interests; and Eliezer Torres, as to 40% of the Interests.

The Secured Party's loan (the "Loan") to Borrower is secured by a first priority lien on the Interests. The Secured Party is offering the Interests for sale in connection with the foreclosure on the pledge of such Interests.

The Interests are being offered as a single lot, "AS-IS, WHERE-IS", with no express or implied warranties, representations, statements or conditions of any kind made by the Secured Party or any person acting for or on behalf of the Secured Party, without any recourse whatsoever to the Secured Party or any other person acting for or on behalf of the Secured Party. The winning bidder shall be responsible for the payment of all transfer taxes, stamp duties and similar taxes incurred in connection with the purchase of the Interests.

The Secured Party reserves the right to credit bid, set a minimum reserve price, reject any or all bids (including without limitation, any bid that it deems to have been made by a bidder that is unable to satisfy the requirements imposed by the Secured Party upon prospective bidders in connection with the sale or to whom in the Secured Party's sole judgment a sale may not lawfully be made), and terminate or adjourn the sale to another time, without further notice. The Secured Party further reserves the right to restrict prospective bidders to those who will represent that they are purchasing the Interests for their own account for investment and not with a view to the distribution or resale of such Interests, to verify that each certificate for the Interests to be sold have not been registered under the Securities Act of 1933, as amended (the "Securities Act"), and may not be disposed of in violation of the provisions of the Securities Act and to impose such other limitations or conditions in connection with the sale of the Interests as the Secured Party deems advisable in order to comply with the Securities Act or any other applicable law.

All interested parties shall be required to provide a minimum deposit of $100,000 with Secured  Party's counsel at least 5 days prior to the auction, and all bids (other than credit bids of the Secured Party) must be in U.S. Dollars, and the successful bidder must be prepared to deliver immediately available good funds by wire or bank check to the Secured Party, within 24-hours after the sale and otherwise comply with the bidding requirements.

Further information concerning the Interests, the require-



NYDAILYNEWS.COM

ments for obtaining information and bidding on the interests and the terms of sale can be obtained by contacting the Secured Party's counsel, Braunstein Turkish LLP, 7600 Jericho Turnpike, Suite 402, Woodbury, New York 11797, Attn: Vincent L. Georgetti, Esq., Tel: (516) 802-0700 x312, E-mail: vg@braunsteinturkish.com.