UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

JAMES MCMANUS ON BEHALF OF 1932
MCGRAW AVENUE, LLC, 47 POPLAR
OWNERS LLC, and JAMES MCMANUS,
Individually,

                                     **Plaintiffs,**

                   -against-

JOHN C. LETTERA, STEVE WISSAK, PAT
MARUGGI, BRIAN T. WALTER, ANTHONY
C. BALBO, FAIRBRIDGE MORTGAGE LLC
D/B/A FAIRBRIDGE CREDIT LLC,
FAIRBRIDGE ASSET MANAGEMENT LLC,
FAIRBRIDGE STRATEGIC CAPITAL LLC,
REALFI PRIVATE LENDING LLC, REALFI
CAPITAL FUNDING LLC, REALFI
NATIONAL LAND SERVICES LLC, REALFI
REAL ESTATE INVESTMENT TRUST LLC,
FB POPLAR LLC, and FB CHURCHILL
FACILITY LLC,

                                     **Defendants.**

---------------------------------------------------------------- x

**Case No. 1:25-cv-10573**

**Hon. Arun Subramanian**

## AFFIDAVIT OF ROBERT A. ALESSI IN SUPPORT OF DEFENDANTS' MOTION TO STAY DISCOVERY PENDING DISPOSITION OF THEIR MOTION TO DISMISS THE AMENDED COMPLAINT

STATE OF NEW YORK  )
                      : ss.:
COUNTY OF NASSAU  )

       **ROBERT A. ALESSI,** being duly sworn, deposes and says:

      1.      I am a member of Meltzer, Lippe, Goldstein & Breitstone, LLP, counsel

for defendants in the above-captioned lawsuit, and a member of the Bar of this Court.

2.      I respectfully submit this Affidavit upon personal knowledge in support of defendants' motion for an Order staying all discovery in this lawsuit pending disposition of defendants' motion to dismiss the Amended Complaint, the papers in support of which dismissal motion I understand are to be filed with the Court on March 18, 2026.

3.      On the afternoon of February 13, 2026, my colleague, Matthew Ross, and I held a scheduled telephonic conference pursuant to Fed. R. Civ. P. 26(f) with Andrew Laufer, counsel in this lawsuit for plaintiff James McManus ("*McManus*"), in the latter's various asserted capacities (the "*Rule 26(f) Conference*").

4.      During the Rule 26(f) Conference, Mr. Ross and I advised Mr. Laufer of our position that no discovery should occur in this lawsuit until the Court decides what then was defendants' impending motion to dismiss the original December 19, 2025 Complaint.

5.      Although Mr. Laufer declined during the Rule 26(f) Conference to stipulate to a stay of discovery pending disposition of defendants' motion to dismiss the December 19, 2025 Complaint, he readily agreed that discovery in this lawsuit would likely be a lengthy, expensive undertaking.

6.      During the Rule 26(f) Conference, Mr. Ross and I also advised Mr. Laufer that, in light of the fact that he declined to stipulate to our requested stay of discovery pending disposition of defendants' motion to dismiss the Complaint, defendants intended to petition the Court for such relief.

7.      Sometime on February 13, 2026, after the conclusion of the Rule 26(f) Conference, I sent Mr. Laufer a follow-up letter stating, among other things: "[A]s we explained

during today's telephonic discussion, defendants believe that *all discovery* should be stayed pending disposition of the motion to dismiss the Complaint that they plan to file on February 18. As noted, Defendants intend to ask the Court for such a stay."  (Emphasis in original.)

8.    On February 27, 2026, defendants served upon Mr. Laufer defendants' Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1).  (A copy set of said Initial Disclosures is annexed hereto as **Exhibit A**.)

9.    To date, McManus has not served upon defendants his required Initial Disclosures under Fed. R. Civ. P. 26(a)(1).

**ROBERT A. ALESSI**

**Sworn to before me this**
**17TH day of March, 2026:**

**Notary Public**

**MICHELLE TIMUR**
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01TI6212129
Qualified in Queens County
Commission Expires Oct. 13, 2029

3

**WORD-COUNT CERTIFICATION**
**PURSUANT TO LOCAL RULE 7.1(c)**

In reliance upon the word-count feature of the word-processing system on which the foregoing *Affidavit of Robert A. Alessi in Support of Defendants' Motion to Stay Discovery Pending Disposition of Their Motion to Dismiss the Amended Complaint*, sworn to March 17, 2026 (the "***Alessi Affidavit***"), was prepared, the undersigned hereby certifies that the Alessi Affidavit contains 387 words, excluding (a) the case caption, (b) the signature and notary blocks, (c) Exhibit A annexed to the Alessi Affidavit and (d) this Word-Count Certification.

*/s/ Matthew R. Ross*
**Matthew R. Ross**