# EXHIBIT A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

JAMES MCMANUS ON BEHALF OF 1932
MCGRAW AVENUE, LLC, 47 POPLAR
OWNERS LLC, AND JAMES MCMANUS,
individually,

                                  Plaintiffs,

                     -against-

JOHN C. LETTERA, STEVE WISSAK, PAT
MARUGGI, BRIAN T. WALTER, ANTHONY
C. BALBO, FAIRBRIDGE MORTGAGE LLC
D/B/A FAIRBRIDGE CREDIT LLC,
FAIRBRIDGE ASSET MANAGEMENT LLC,
FAIRBRIDGE STRATEGIC CAPITAL LLC,
REALFI PRIVATE LENDING LLC, REALFI
CAPITAL FUNDING LLC, REALFI
NATIONAL LAND SERVICES LLC, REALFI
REAL ESTATE INVESTMENT TRUST LLC,
FB POPLAR LLC and FB CHURCHILL
FACILITY LLC,

                               Defendants.

-------------------------------------------------------------- X

Case No. 25-cv-10573

Hon. Arun Subramanian

## DEFENDANTS' INITIAL DISCLOSURES
## PURSUANT TO FED. R. CIV. P. 26(a)(1)

MELTZER, LIPPE, GOLDSTEIN &
  BREITSTONE, LLP
190 Willis Avenue
Mineola, New York 11501
Tel.: (516) 747-0300

*Attorneys for Defendants*

February 27, 2026

Pursuant to Fed. R. Civ. P. 26(a)(1), and the Rule 26(f) conference that the parties held by telephone on February 13, 2026, the individuals and entities named as defendants in the above-captioned lawsuit (the "*Lawsuit*") (collectively, the "*Defendants*") hereby provide to the plaintiffs named in the Lawsuit (collectively, the "*Plaintiffs*") the following Initial Disclosures.[1]

These Initial Disclosures are based upon the information presently known and reasonably available to Defendants, which they believe they may use in support of their claims and/or defenses in the Lawsuit, unless the use would be solely for impeachment.

Because Defendants may, through further investigation and discovery, identify other potential sources of information or other documents, Defendants expressly reserve their right to amend and/or supplement these Initial Disclosures.

In making these Initial Disclosures, Defendants do not in any way waive, but instead expressly reserve, (a) their right to propound discovery requests to Plaintiffs and non-parties; (b) their right to object to any discovery requests propounded by Plaintiffs in the Lawsuit; and (c) their right to make or oppose any motion or other filing with the Court relating to the subject matter of these Initial Disclosures.

These Initial Disclosures do not constitute any admission whatsoever by Defendants regarding any claim alleged in the Amended Complaint filed in this Lawsuit or otherwise asserted.

---

[1]    During the February 13, 2026 conference, counsel for Defendants communicated to Plaintiffs' counsel their position that no discovery should take place in this lawsuit until the Court has decided Defendants' impending motion to dismiss the Plaintiffs' operative pleading, which is currently the Amended Complaint that was filed on February 17, 2026, and it is thereby determined whether there remains any viably pled claim in connection with which to conduct discovery. Notwithstanding the foregoing, Defendants, by these Initial Disclosures, have satisfied their independent obligation under Fed. R. Civ. P. 26(a)(1).

1.    **Individuals Likely to Have Discoverable Information**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), Defendants have listed in the chart that appears immediately below individuals and entities whom Defendants believe are likely to have discoverable information that Defendants may use to support their defenses and/or claims in this lawsuit, unless said use would be solely for impeachment, along with each individual's last-known address and telephone number, if any. It is understood that, with respect to non-party entities listed in the below chart, Defendants will be afforded an opportunity, consistent with footnote 1 hereof, to discover the names of the particular individuals affiliated with said entities who likely have discoverable information.

| Name | Last Known Address | Last Known Tel. No. | Anticipated Subjects |
|---|---|---|---|
| **Parties** | | | |
| Anthony Balbo | As a named defendant in this Lawsuit, this individual should be contacted only through Defendants' counsel. | As a named defendant in this Lawsuit, this individual should be contacted only through Defendants' counsel. | Matters addressed in the Amended Complaint filed in this Lawsuit. |
| John C. Lettera | As a named defendant in this Lawsuit, this individual should be contacted only through Defendants' counsel. | As a named defendant in this Lawsuit, this individual should be contacted only through Defendants' counsel. | Matters addressed in the Amended Complaint filed in this Lawsuit. |
| Patrick Maruggi | As a named defendant in this Lawsuit, this individual should be contacted only through Defendants' counsel. | As a named defendant in this Lawsuit, this individual should be contacted only through Defendants' counsel. | Matters addressed in the Amended Complaint filed in this Lawsuit. |
| James McManus | This information is known to Mr. McManus, as a named plaintiff in this Lawsuit. | This information is known to Mr. McManus, as a named plaintiff in this Lawsuit. | Matters addressed in the Amended Complaint filed by Mr. McManus in this Lawsuit. |

2

4934-6362-0241, v. 5

| Name | Last Known Address | Last Known Tel. No. | Anticipated Subjects |
|---|---|---|---|
| Brian T. Walter | As a named defendant in this Lawsuit, this individual should be contacted only through Defendants' counsel. | As a named defendant in this Lawsuit, this individual should be contacted only through Defendants' counsel. | Matters addressed in the Amended Complaint filed in this Lawsuit. |
| Steven Wissak | As a named defendant in this Lawsuit, this individual should be contacted only through Defendants' counsel. | As a named defendant in this Lawsuit, this individual should be contacted only through Defendants' counsel. | Matters addressed in the Amended Complaint filed in this Lawsuit. |
| Fairbridge Asset Management LLC | As a named defendant in this Lawsuit, this entity should be contacted only through Defendants' counsel. | As a named defendant in this Lawsuit, this entity should be contacted only through Defendants' counsel. | Matters addressed in the Amended Complaint filed in this Lawsuit. |
| Fairbridge Credit LLC | As a named defendant in this Lawsuit, this entity should be contacted only through Defendants' counsel. | As a named defendant in this Lawsuit, this entity should be contacted only through Defendants' counsel. | Matters addressed in the Amended Complaint filed in this Lawsuit. |
| Fairbridge Mortgage LLC | As a named defendant in this Lawsuit, this entity should be contacted only through Defendants' counsel. | As a named defendant in this Lawsuit, this entity should be contacted only through Defendants' counsel. | Matters addressed in the Amended Complaint filed in this Lawsuit. |
| Fairbridge Strategic Capital LLC | As a named defendant in this Lawsuit, this entity should be contacted only through Defendants' counsel. | As a named defendant in this Lawsuit, this entity should be contacted only through Defendants' counsel. | Matters addressed in the Amended Complaint filed in this Lawsuit. |
| FB Churchill Facility LLC | As a named defendant in this Lawsuit, this entity should be contacted only through Defendants' counsel. | As a named defendant in this Lawsuit, this entity should be contacted only through Defendants' counsel. | Matters addressed in the Amended Complaint filed in this Lawsuit. |
| FB Poplar LLC | As a named defendant in this Lawsuit, this entity should be contacted only through Defendants' counsel. | As a named defendant in this Lawsuit, this entity should be contacted only through Defendants' counsel. | Matters addressed in the Amended Complaint filed in this Lawsuit. |

4934-6362-0241, v. 5

| Name | Last Known Address | Last Known Tel. No. | Anticipated Subjects |
|---|---|---|---|
| Realfi Capital Funding LLC | As a named defendant in this Lawsuit, this entity should be contacted only through Defendants' counsel. | As a named defendant in this Lawsuit, this entity should be contacted only through Defendants' counsel. | Matters addressed in the Amended Complaint filed in this Lawsuit. |
| Realfi National Land Services LLC | As a named defendant in this Lawsuit, this entity should be contacted only through Defendants' counsel. | As a named defendant in this Lawsuit, this entity should be contacted only through Defendants' counsel. | Matters addressed in the Amended Complaint filed in this Lawsuit. |
| Realfi Private Lending LLC | As a named defendant in this Lawsuit, this entity should be contacted only through Defendants' counsel. | As a named defendant in this lawsuit, this entity should be contacted only through Defendants' counsel. | Matters addressed in the Amended Complaint filed in this lawsuit. |
| Realfi Real Estate Investment Trust LLC | As a named defendant in this Lawsuit, this entity should be contacted only through Defendants' counsel. | As a named defendant in this Lawsuit, this entity should be contacted only through Defendants' counsel. | Matters addressed in the Amended Complaint filed in this Lawsuit. |
| **Non-Parties** | | | |
| Simon Curanaj | Unknown | Unknown | Matters addressed in the Amended Complaint filed in this Lawsuit. |
| David DeLucia | 243 Manhattan Avenue Yonkers, New York 11010 | Unknown | Matters relating to 1932 McGraw Avenue, LLC addressed in the Amended Complaint. |
| Andrew Laufer | Law Office of Andrew C. Laufer, PLLC 264 West 40th Street, Room 604 New York, NY 10018 | (917) 648-3858 | Involvement in certain matters addressed in the Amended Complaint, including, but not limited to, the representation of non-parties in connection with the potential purchase of the McGraw Property. |

4

4934-6362-0241, v. 5

| Name | Last Known Address | Last Known Tel. No. | Anticipated Subjects |
|---|---|---|---|
| Thomas Lee | 1 Buckboard Lane New Milford, CT 06776 | Unknown | Matters relating to 47 Poplar Owners LLC addressed in the Amended Complaint. |
| Biagio Maffettone | Unknown | Unknown | Matters addressed in the Amended Complaint filed in this Lawsuit. |
| Michael Mastrogiacomo | Unknown | Unknown | Matters relating to 1932 McGraw Avenue, LLC addressed in the Amended Complaint. |
| RandyLynn Rastello-McManus | 214 Outlook Avenue Sunrise Marina Estates, New York 10465 | Unknown | Matters relating to 1932 McGraw Avenue, LLC addressed in the Amended Complaint. |
| Peter Serpico | Unknown | Unknown | Matters relating to Mr. Serpico's potential purchase of the McGraw Property in connection with which he was represented by Andrew Laufer. |
| Bozhena Shevchenko | Unknown | Unknown | Matters relating to 181 West 135th Street addressed in the Amended Complaint. |
| Eliezer Torres | Unknown | Unknown | Matters relating to 1932 McGraw Avenue, LLC addressed in the Amended Complaint. |
| William Turkish | 7600 Jericho Turnpike Suite 402 Woodbury, NY 11797 | (516) 802-0700 | Matters addressed in the Amended Complaint filed in this Lawsuit. |
| American Life and Security Corp. | Unknown | Unknown | Matters addressed in the Amended Complaint filed in this Lawsuit. |

5

4934-6362-0241, v. 5

| Name | Last Known Address | Last Known Tel. No. | Anticipated Subjects |
|---|---|---|---|
| Ariel Property Advisors / Jason Gold | 122 East 42nd Street Suite 2405 New York, NY 10168 | (212) 544-9500 | Matters addressed in the Amended Complaint filed in this Lawsuit. |
| Brookfield Asset Management | Unknown | Unknown | Matters addressed in the Amended Complaint filed in this Lawsuit. |
| Churchill Asset Management | Unknown | Unknown | Matters addressed in the Amended Complaint filed in this Lawsuit. |
| Churchill MRA Funding I LLC | Unknown | Unknown | Matters addressed in the Amended Complaint filed in this Lawsuit. |
| Mannion Auctions, LLC / William Mannion | 305 Broadway New York, NY 10007 | (212) 267-6698 | Matters relating to the UCC Foreclosure Auction addressed in the Amended Complaint. |
| Nuveen, LLC | Unknown | Unknown | Matters addressed in the Amended Complaint filed in this Lawsuit. |
| Oaktree Capital Management | Unknown | Unknown | Matters addressed in the Amended Complaint filed in this Lawsuit. |

2.      **Description of Documents**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), Defendants list the following categories of documents, electronically stored information and tangible things in their possession, custody or control that they may use to support their claims and/or defenses, unless the use would be solely for impeachment:

(a)     The documents attached as exhibits to the Amended Complaint filed in the Lawsuit (ECF Nos. 24-1 through 24-4).

(b)     Agreements and related documents addressing the commercial loan and related transactions referenced in the Amended Complaint, which are believed to be in the possession, custody or control of Defendants and McManus.

6

4934-6362-0241, v. 5

(c)     E-mail and other electronic communications (including attachments thereto) addressing matters referenced in the Amended Complaint, which are believed to be in the possession, custody or control of Defendants and McManus.

(d)     Agreements and related documents addressing the commercial loan and related transactions referenced in the Amended Complaint, which are believed to be in the possession, custody or control of non-parties to this Lawsuit.

(e)     E-mail and other electronic communications (including attachments thereto) addressing matters referenced in the Amended Complaint, which are believed to be in the possession, custody or control of non-parties to this Lawsuit.

(f)     Court filings relating to the matters addressed in the Amended Complaint.

### 3.     <u>Computation of Damages</u>

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii), Defendants state that, at this time, they do not seek recovery of damages from Plaintiffs.  However, Defendants expressly reserve their right (a) to assert counterclaims and other claims against James McManus and other purported Plaintiffs for various types of damages, including, but not limited to, compensatory damages, punitive damages, attorneys' fees and costs; and (b) to implead into the Lawsuit and claim against current non-parties to this Lawsuit.

### 4.     <u>Potential Insurance Coverage</u>

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iv), Defendants are providing under separate cover to Plaintiffs' counsel a copy of an insurance policy issued by Endurance Assurance Corporation to Fairbridge Asset Management LLC for the policy period from October 31, 2025 through October 31, 2026, under which an insurer may be liable to satisfy or reimburse Defendants for all or part of a judgment that could potentially be entered in the Lawsuit against Defendants.

4934-6362-0241, v. 5

Dated:  Mineola, New York
        February 27, 2026

MELTZER, LIPPE, GOLDSTEIN &
    BREITSTONE, LLP

By: */s/ Robert A. Alessi*
    Robert A. Alessi (*ralessi@meltzerlippe.com*)
    Matthew R. Ross (*mross@meltzerlippe.com*)
    Preston Scherr (*pscherr@meltzerlippe.com*)
190 Willis Avenue
Mineola, New York 11501
Tel.: (516) 747-0300

*Attorneys for Defendants*

8

4934-6362-0241, v. 5

## CERTIFICATE OF SERVICE

I hereby certify that, on this 27th day of February, 2026, I served the foregoing document, titled *Defendants' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)*, upon the below-listed counsel of record by causing same to be sent via United States Mail and electronic mail to Plaintiffs' counsel to the below physical and electronic addresses.

In addition to the hard copy of the foregoing Initial Disclosures, I included in the envelope that was sent via United States Mail a hard copy of the insurance policy referenced in Section 4 of the foregoing Initial Disclosures.

Andrew Laufer, Esq.
Law Office of Andrew C. Laufer, PLLC
264 West 40th Street, Room 604
New York, New York 10018
E-mail: *alaufer@lauferlawgroup.com*

Attorneys for Plaintiffs

/s/ Matthew R. Ross
**Matthew R. Ross**