**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

JAMES MCMANUS ON BEHALF OF 1932
MCGRAW AVENUE, LLC, 47 POPLAR
OWNERS LLC, and JAMES MCMANUS,
Individually,

                            **Plaintiffs,**

             -against-

JOHN C. LETTERA, STEVE WISSAK, PAT
MARUGGI, BRIAN T. WALTER, ANTHONY
C. BALBO, FAIRBRIDGE MORTGAGE LLC
D/B/A FAIRBRIDGE CREDIT LLC,
FAIRBRIDGE ASSET MANAGEMENT LLC,
FAIRBRIDGE STRATEGIC CAPITAL LLC,
REALFI PRIVATE LENDING LLC, REALFI
CAPITAL FUNDING LLC, REALFI
NATIONAL LAND SERVICES LLC, REALFI
REAL ESTATE INVESTMENT TRUST LLC,
FB POPLAR LLC, and FB CHURCHILL
FACILITY LLC,

                          **Defendants.**

------------------------------------------------------------- x

Case No. 25-cv-10573

Hon. Arun Subramanian

### DEFENDANTS' NOTICE OF MOTION TO STRIKE IMPERTINENT, SCANDALOUS AND IMMATERIAL ASSERTIONS FROM THE AMENDED COMPLAINT

       **PLEASE TAKE NOTICE** that, upon their accompanying Memorandum of Law,

dated March 18, 2026, and all of the pleadings, other filings and prior proceedings had herein,

defendants will move this Court before the Honorable Arun Subramanian, at the United States

Courthouse, in Courtroom 15A, 500 Pearl Street, New York, New York, on May 18, 2026, at

9:30 a.m. or as soon thereafter as counsel may be heard, pursuant to Rule 12(f) of the Federal

Rules of Civil Procedure, for an Order striking impertinent, scandalous and immaterial assertions from the Amended Complaint (the "*Motion To Strike*").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), plaintiffs' papers in opposition to this Motion To Strike, if any, shall be served on or before April 1, 2026.  Defendants' reply papers in further support of this Motion To Strike, if any, shall be served on or before April 8, 2026.

**PLEASE TAKE FURTHER NOTICE** that, in light of the Court's March 2, 2026 Order (ECF No. 35) approving a briefing schedule in connection with defendants' motion to dismiss the Amended Complaint (the "*Dismissal Motion*," which is being filed separately with the Court on this date) — pursuant to which Order plaintiffs' papers in opposition to the Dismissal Motion, if any, shall be served on or before April 20, 2026; defendants' reply papers in further support of their Dismissal Motion, if any, shall be served on or before May 11, 2026; and the hearing in connection with the Dismissal Motion is scheduled for May 18, 2026 (the "*Dismissal Motion Briefing Schedule*") — and given the interrelatedness of defendants' Dismissal Motion and Motion To Strike (the hearings in connection with which are both noticed for May 18, 2026), defendants respectfully submit that it would be more efficient for the Court and the parties if the Court were to adopt the Dismissal Motion Briefing Schedule for this Motion To Strike.  Accordingly, if plaintiffs so elect, defendants stand ready to make a joint application to the Court requesting the adoption of said Schedule for this Motion To Strike.

4900-2516-9304, v. 2

**Dated: Mineola, New York**
      **March 18, 2026**

                      **MELTZER, LIPPE, GOLDSTEIN &**
                         **BREITSTONE, LLP**

                      **By:** */s/ Robert A. Alessi*
                            **Robert A. Alessi (*ralessi@meltzerlippe.com*)**
                            **Matthew R. Ross (*mross@meltzerlippe.com*)**
                            **Preston S. Scherr (*pscherr@meltzerlippe.com*)**
                      **190 Willis Avenue**
                      **Mineola, New York 11501**
                      **Tel.: (516) 747-0300**

                      ***Attorneys for Defendants***

3

4900-2516-9304, v. 2

## CERTIFICATE OF SERVICE

I hereby certify that, on March 18, 2026, I caused the foregoing *Defendants'*
*Notice of Motion To Strike Impertinent, Scandalous and Immaterial Assertions From the*
*Amended Complaint* to be electronically filed with the Clerk of the Court for the United States
District Court for the Southern District of New York via the Court's ECF system.


/s/ *Matthew R. Ross*
**Matthew R. Ross**

4900-2516-9304, v. 2