UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

JAMES MCMANUS ON BEHALF OF 1932
MCGRAW AVENUE, LLC, 47 POPLAR
OWNERS LLC, and JAMES MCMANUS,
Individually,

                          Plaintiffs,

               -against-

JOHN C. LETTERA, STEVE WISSAK, PAT
MARUGGI, BRIAN T. WALTER, ANTHONY
C. BALBO, FAIRBRIDGE MORTGAGE LLC
D/B/A FAIRBRIDGE CREDIT LLC,
FAIRBRIDGE ASSET MANAGEMENT LLC,
FAIRBRIDGE STRATEGIC CAPITAL LLC,
REALFI PRIVATE LENDING LLC, REALFI
CAPITAL FUNDING LLC, REALFI
NATIONAL LAND SERVICES LLC, REALFI
REAL ESTATE INVESTMENT TRUST LLC,
FB POPLAR LLC, and FB CHURCHILL
FACILITY LLC,

                         Defendants.

---------------------------------------------------------------

Case No. 25-cv-10573

Hon. Arun Subramanian

## NOTICE OF APPEARANCE OF ROBERT A. ALESSI ON BEHALF OF THE NEW DEFENDANTS NAMED IN THE AMENDED COMPLAINT

       **PLEASE TAKE NOTICE** that the undersigned, Robert A. Alessi, an attorney in good standing of the Bar of this Court and a member of the law firm of Meltzer, Lippe, Goldstein & Breitstone, LLP, having appeared in this lawsuit as counsel of record for the defendants named in the Complaint filed on December 19, 2025 (ECF Nos. 1 & 15), now hereby also appears as counsel of record for the new defendants named in the Amended Complaint filed on February 17,

2026 (ECF No. 28): (a) Realfi National Land Services LLC; (b) Realfi Real Estate Investment Trust LLC; (c) FB Poplar LLC; and (d) FB Churchill Facility LLC.

**PLEASE TAKE FURTHER NOTICE** that the undersigned respectfully requests that copies of all papers served and/or filed in this lawsuit be served upon the undersigned.

**Dated: March 18, 2026**
      **Mineola, New York**

                    **MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**

                    **By:** */s/ Robert A. Alessi*
                      **Robert A. Alessi (*ralessi@meltzerlippe.com*)**
                    **190 Willis Avenue**
                    **Mineola, New York 11501**
                    **Tel.: (516) 747-0300**

                    ***Attorneys for Defendants***

4928-5392-7321, v. 1