

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

GRANTED. The pretrial conference is ADJOURNED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 38.

SO ORDERED.

*Robert A. Alessi, Esq.*
*Direct Dial: (516) 470-0181*
*Email: ralessi@meltzerlippe.com*

Arun Subramanian, U.S.D.J.
Date: March 19, 2026

**Filed Electronically Via ECF**

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A     March 18, 2026
New York, New York 10007

> Re:  *1932 McGraw Avenue, LLC, et al. v. John C. Lettera, et al.*,
>      No. 1:25-cv-10573: Defendants' Letter Motion to Adjourn
>      <u>the Initial Pretrial Conference Scheduled For March 26, 2026</u>

Dear Judge Subramanian:

On behalf of defendants, we submit this letter motion to respectfully request the adjournment of the Initial Pretrial Conference (also, the "***Conference***") currently scheduled for March 26, 2026 (*see* ECF No. 7).

> **A.    Request To Adjourn the Initial Pretrial
>        Conference Pending the Court's Disposition
>        of the Defendants' March 18, 2026 Motions**

Today, defendants are filing their (a) motion to dismiss the Amended Complaint with prejudice (the "***Dismissal Motion***"), (b) motion for an Order staying all discovery pending disposition of the Dismissal Motion (the "***Stay Motion***") and (c) motion to strike impertinent, scandalous and immaterial assertions from the Amended Complaint (the "***Strike Motion***") (collectively, "***Defendants' Motions***").

Defendants' Motions will impact directly whether discovery proceeds at all and, if so, the scope thereof. Accordingly, defendants respectfully request that the Court exercise its inherent discretion (a) to adjourn the Initial Pretrial Conference pending the Court's disposition of Defendants' Motions and, (b) if the Conference is in fact subsequently rescheduled, to allow the parties a period of 10 days after said rescheduling of the Conference in which to submit their joint letter with a Proposed Civil Case Management Plan and Scheduling Order in accordance with Paragraph 4.D of Your Honor's *Individual Practices in Civil Cases. See, e.g., Nassau & Suffolk County Taxi Owners Association, Inc. v. State*, 336 F. Supp. 3d 50, 62 (E.D.N.Y. 2018)

---

**Long Island    |    New York City    |    Boca Raton**

Honorable Arun Subramanian
March 18, 2026
Page 2 of 2

("[t]his Court subsequently stayed all discovery and held the pre-trial conference in abeyance pending a ruling on the instant motion to dismiss"); *McTerrell v. Koenigsmann,* 2021 WL 1298488, at *2 (W.D.N.Y. 2021) ("[The plaintiff] asks the Court to schedule a discovery conference.  The Court denies his request.  The Court will schedule any necessary pretrial conferences in due course after resolution of the pending motion to dismiss.") (docket citation omitted).

**B.  Request, in the Alternative, To Adjourn the Initial Pretrial Conference From March 26, 2026 To March 27, 2026 or a Mutually Convenient Later Date**

If Your Honor decides to nevertheless proceed with the Initial Pretrial Conference next week, we respectfully request that it be adjourned from March 26 to March 27 due to my preexisting commitment on March 26.  During a February 13, 2026 telephonic meet-and-confer session that my colleague, Matthew Ross, and I held with plaintiffs' counsel, Andrew Laufer, Mr. Laufer consented to defendants' request to adjourn the Conference from March 26, 2026 to March 27, 2026 (although it is not clear to us whether March 27 is still in fact an available date for Mr. Laufer).

———

We do not believe that the above request to adjourn the Initial Pretrial Conference, either pending disposition of Defendants' Motions or to March 27, 2026 or some other mutually convenient later date, will affect any deadlines in this case other than those relating to the Conference (including the submission of the Proposed Civil Case Management Plan and Scheduling Order).

This letter constitutes defendants' first request to adjourn the Initial Pretrial Conference.

We thank the Court for its attention to defendants' request.

Respectfully submitted,

/s/ *Robert A. Alessi*
Robert A. Alessi

cc:  Counsel of Record (Via ECF)