## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: March 3, 2026

Index #   1:25-cv-10573-AS

---

*James McManus on behalf of 1932 McGraw Avenue LLC., et al*                    Plaintiff

against

*John C. Lettera., et al*                    Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY                    SS.:

_____ James Perone _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ March 16, 2026 _____ , at _ 11:00 AM _ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Amended Complaint with Supporting Papers

on

_____ Realfi National Land Services LLC _____ , the

Defendant in this action, by delivering to and leaving with _____ Trisha Tarkett _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of

the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that

at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was

made pursuant to Section 303 Limited Liability Company Law . Deponent further says that deponent knew the

person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly

authorized to accept such service on behalf of said defendant

Description of the person served:  Approx. Age: 22 - 35 Yrs.    Approx. Wt: 131-160    Approx. Ht: 5' 4" - 5' 8"

Color of skin: White    Hair color: Blonde    Sex: Female    Other: _____

Sworn to before me on this

_16th_ day of March 2026

_____
SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2026

_____
James Perone
**Attny's File No.**
Invoice•Work Order # S1939346

**SERVICO. INC. P.O. BOX 871. ALBANY. NY 12201**