

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Robert A. Alessi, Esq.*
*Direct Dial: (516) 470-0181*
*Email: ralessi@meltzerlippe.com*

March 19, 2026

**Filed Electronically Via ECF**

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

> Re:  *1932 McGraw Avenue, LLC, et al. v. John C. Lettera, et al.*,
> No. 1:25-cv-10573: Defendants' Requests For an Opportunity
> To Respond To Plaintiffs' March 19, 2026 Letter Application

Dear Judge Subramanian:

Defendants are in receipt of what we respectfully submit is the procedurally and substantively improper letter request made to the Court by plaintiffs' counsel on this date ("***Plaintiffs' Ex Parte Evidentiary Submission Request***"; ECF No. 50).

In light of counsel's preexisting professional commitments for the balance of today and all day tomorrow, defendants respectfully request that, if the Court in fact accepts for filing Plaintiffs' *Ex Parte* Evidentiary Submission Request — which we believe contravenes at least Your Honor's *Individual Practices in Civil Cases* and the Federal Rules of Civil Procedure — defendants be permitted to file a substantive opposition thereto on or before Tuesday, March 24, 2026.

We thank the Court for its consideration of defendants' request.

Respectfully submitted,

/s/ *Robert A. Alessi*
Robert A. Alessi

cc:  Counsel of Record (Via ECF)

**Long Island    |    New York City    |    Boca Raton**