

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Matthew R. Ross, Esq.*
*Direct Dial: (516) 470-0189*
*Email: mross@meltzerlippe.com*

March 30, 2026

**<u>Filed Electronically Via ECF</u>**

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

> Re: *1932 McGraw Avenue, LLC, et al. v. John C. Lettera, et al.*,
> No. 1:25-cv-10573: Defendants' Letter Motion Seeking
> Entry of the Parties' Stipulated Briefing Schedule in
> Connection With Defendants' Pending Motion To Stay
> Discovery and Motion To Strike

Dear Judge Subramanian:

Pursuant to Your Honor's Individual Practices in Civil Cases, including Rules 3.A, 3.E, 8.A and 8.M thereof, we respectfully submit this letter motion on behalf of the parties collectively to request that the Court So-Order the parties' Stipulation and Proposed Order annexed hereto as **Exhibit A**, which, subject to Your Honor's approval, would adopt for defendants' pending motion to stay discovery and pending motion to strike the same briefing schedule approved by the Court to govern defendants' pending motion to dismiss the Amended Complaint.

By Order dated March 2, 2026 (ECF No. 35), this Court extended from March 4, 2026 to March 18, 2026 the deadline by which defendants must respond to the Amended Complaint by approving the following briefing schedule: (a) defendants to file their motion to dismiss the Amended Complaint (the "***Dismissal Motion***") by March 18, 2026; (b) plaintiffs to file papers, if any, in opposition to the Dismissal Motion by April 20, 2026; and (c) defendants to file reply papers, if any, in further support of their Dismissal Motion by May 11, 2026 (the "***Dismissal Motion Briefing Schedule***").

On March 18, 2026, defendants filed their Dismissal Motion (ECF Nos. 39-41), which referenced the Dismissal Motion Briefing Schedule, including a May 18, 2026 return date (ECF No. 39). Additionally, defendants filed (a) their motion to stay discovery pending disposition of their Dismissal Motion (the "***Stay Motion***"; ECF Nos. 42-44) and (b) their motion to strike

---

**Long Island    |    New York City    |    Boca Raton**

Honorable Arun Subramanian
March 30, 2026
Page 2 of 2

impertinent, scandalous and immaterial assertions from the Amended Complaint (the "***Strike Motion***"; ECF Nos. 45-46), each of which, like the Dismissal Motion, is returnable on May 18, 2026.

Given, among other things, the upcoming Passover and Easter Week observances that begin on April 1, 2026, and the interrelatedness among the Dismissal Motion, the Stay Motion and the Strike Motion, the parties agree that it would be more efficient to adopt for the Stay Motion and the Strike Motion the same briefing schedule that governs the Dismissal Motion. Accordingly, the attached Stipulation and Proposed Order respectfully requests that plaintiffs' current opposition deadline and defendants' current reply deadline in connection with the Stay Motion and the Strike Motion be extended to April 20, 2026 and May 11, 2026, respectively.

___

We do not believe that granting the requested extension set forth in the parties' Stipulation and Proposed Order annexed as **Exhibit A** will affect any other deadlines in this case. Neither plaintiffs nor defendants have made any prior request for an extension of the briefing deadlines in connection with the Stay Motion and/or the Strike Motion.

___

We thank the Court for its attention to this joint request by the parties.

Respectfully submitted,

/s/ *Matthew R. Ross*
Matthew R. Ross

[Attachment]

cc:  Counsel of Record (Via ECF)

GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 59.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 1, 2026

4936-7409-4492, v. 1