GRANTED. Having reviewed the motion to dismiss, the Court agrees that discovery should be stayed pending a decision on that motion.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 42.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 13, 2026

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

**JAMES MCMANUS ON BEHALF OF 1932 MCGRAW AVENUE, LLC, 47 POPLAR OWNERS LLC, and JAMES MCMANUS, Individually,**

                      **Plaintiffs,**

            -against-

**JOHN C. LETTERA, STEVE WISSAK, PAT MARUGGI, BRIAN T. WALTER, ANTHONY C. BALBO, FAIRBRIDGE MORTGAGE LLC D/B/A FAIRBRIDGE CREDIT LLC, FAIRBRIDGE ASSET MANAGEMENT LLC, FAIRBRIDGE STRATEGIC CAPITAL LLC, REALFI PRIVATE LENDING LLC, REALFI CAPITAL FUNDING LLC, REALFI NATIONAL LAND SERVICES LLC, REALFI REAL ESTATE INVESTMENT TRUST LLC, FB POPLAR LLC, and FB CHURCHILL FACILITY LLC,**

                     **Defendants.**

-------------------------------------------------------------- x

Case No. 1:25-cv-10573

**Hon. Arun Subramanian**

**DEFENDANTS' NOTICE OF MOTION FOR AN ORDER
STAYING ALL DISCOVERY PENDING DISPOSITION
OF THEIR MOTION TO DISMISS THE AMENDED COMPLAINT**

     **PLEASE TAKE NOTICE** that, upon their accompanying Memorandum of Law, dated March 18, 2026, the accompanying Affidavit of Robert A. Alessi, sworn to March 17, 2026, including the exhibit annexed thereto, and all of the pleadings, other filings and prior proceedings had herein, defendants will move this Court before the Honorable Arun Subramanian, at the United States Courthouse, in Courtroom 15A, 500 Pearl Street, New York,

New York, on May 18, 2026, at 9:30 a.m., or as soon thereafter as counsel may be heard, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, for an Order staying all discovery pending disposition of defendants' motion to dismiss the Amended Complaint (this "*Stay Motion*"), which motion to dismiss (the "*Dismissal Motion*") is also being filed with the Court on this date.

   **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), plaintiffs' papers in opposition to this Stay Motion, if any, shall be served on or before April 1, 2026.  Defendants' reply papers in further support of this Stay Motion, if any, shall be served on or before April 8, 2026.

   **PLEASE TAKE FURTHER NOTICE** that, in light of the Court's March 2, 2026 Order (ECF No. 35) approving a briefing schedule in connection with defendants' Dismissal Motion — pursuant to which Order plaintiffs' papers in opposition to the Dismissal Motion, if any, shall be served on or before April 20, 2026; defendants' reply papers in further support of their Dismissal Motion, if any, shall be served on or before May 11, 2026; and the hearing in connection with the Dismissal Motion is scheduled for May 18, 2026 (the "*Dismissal Motion Briefing Schedule*") — and given the interrelatedness of defendants' Dismissal Motion and Stay Motion (the hearings in connection with which are both noticed for May 18, 2026), defendants respectfully submit that it would be more efficient for the Court and the parties if the Court were to adopt the Dismissal Motion Briefing Schedule for this Stay Motion.  Accordingly, if plaintiffs so elect, defendants stand ready to make a joint application to the Court requesting the adoption of said Schedule for the Stay Motion.

4937-1241-8456, v. 2

Dated: Mineola, New York
     March 18, 2026

**MELTZER, LIPPE, GOLDSTEIN &**
  **BREITSTONE, LLP**

**By:** */s/ Robert A. Alessi*
    **Robert A. Alessi (*ralessi@meltzerlippe.com*)**
    **Matthew R. Ross (*mross@meltzerlippe.com*)**
    **Preston S. Scherr (*pscherr@meltzerlippe.com*)**
**190 Willis Avenue**
**Mineola, New York 11501**
**Tel.: (516) 747-0300**

***Attorneys for Defendants***

3

4937-1241-8456, v. 2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 18, 2026, I caused the foregoing *Defendants'*

*Notice of Motion For an Order Staying All Discovery Pending Disposition of Their Motion To*

*Dismiss the Amended Complaint* to be electronically filed with the Clerk of the Court for the

United States District Court for the Southern District of New York via the Court's ECF system.


/s/ *Matthew R. Ross*
**Matthew R. Ross**

4937-1241-8456, v. 2