UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 47 Poplar Owners LLC and James McManus,<br><br>                          Plaintiffs,<br><br>-against-<br><br>John C. Lettera et al.,<br><br>                          Defendants. | 25-CV-10573 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court has been contacted to ask whether it is holding a hearing on May 18 on the pending motion to dismiss. The Court has not scheduled any hearing. The Court notes that defendants appear to have asserted that they will appear at 9:30 AM on May 18 in Courtroom 15A. But defendants may not schedule a hearing; only the Court can. Defendants' motion to dismiss has been made and is on the docket. There is no need to orally move the Court as well. If there will be any hearing in this case, the Court will issue an order on the docket with the appropriate information.

        SO ORDERED.

Dated: May 15, 2026
       New York, New York

_____
      ARUN SUBRAMANIAN
      United States District Judge